**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

HORGLINE GREEN, on her own
behalf and others similarly situated,

    Plaintiff,

v.                                      Case No. 8:15-cv-01973-JSM-MAP

GRAND VILLA of a St. Petersburg,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiffs Horgline Green, Lilianne Bailey-Pierre, Sharron Bryant, Lindsey Dabill, Clare DeBouse, Angel Diggs, Antonia Fuller, Benjimin Green, Talicia Green, Kiara Harden, Laquisha Hargrove, Jasmine Hubbard, Jackye Maxime, Chalvese Mays, Yolanda Moore, Kevin Morin, Janai Myrick, Tabye Newton, Chrisonna Reedy, Alexa Rohlsen, Tina Salter, Cornelius Smith, Jasmine Smith, Quanisha Walton, and Latrice Wells (collectively, "Plaintiffs"), and Defendant GV St. Pete, LLC ("Defendant") (collectively, the "Parties"), stipulate and agree that Defendant has made Rule 68 offers of judgment to each of the Plaintiffs of full relief, without compromise, for their respective claims in this action, which payment represents alleged unpaid wages, overtime, liquidated damages, and other damages. The amounts received by Plaintiffs represent the amount of damages that Plaintiffs presented to Defendant as due and owing based upon calculations presented by Charlie Gentry, Accountant, who performed an analysis of the payroll documents presented by Defendant to Plaintiffs' counsel. All Plaintiffs other than Fuller and Moore have accepted the offers of judgment for full relief, without compromise, and Defendants have tendered checks to all of the Plaintiffs,

including Fuller and Moore, for full relief, without compromise.  The offers of judgment, along with proof of service, and the acceptances of the offers of judgment, are attached as **Composite Exhibit 1**.

The Parties further stipulate and agree that Defendant has agreed to pay Plaintiffs' attorneys' fees and costs in this action of $27,000, plus Plaintiffs' half of the fee for Mediator Mark Hanley, in resolution of Plaintiffs' claims for attorneys' fees and costs.  The amount of attorneys' fees and costs represents a reasonable amount of attorneys' fees and costs.  This case has been litigated for over 16 months.  To date, Plaintiffs' counsel has, among other things, prepared and filed the Complaint, prepared and filed the Motion for Conditional Certification, prepared and filed Court-Ordered Interrogatory Answers, reviewed Defendant's time and payroll records and other discovery documents and discovery responses, prepared and sent notice to the putative class, reviewed Defendant's Answer and Defenses and conferred with Plaintiffs in regards to the various defenses and denials, completed the case management report, engaged in numerous substantive discussions and negotiations with opposing counsel and, ultimately, with the assistance of expert mediator Mark Hanley, Esq., reached a resolution in this matter, having resolved the disputed wages with the payment of full relief to the Plaintiffs.  The Plaintiffs' attorneys' fees were agreed upon separately and without regard to the amount paid to Plaintiffs. *Bonetti v. Embarq Mgmt. Co.*, 715 F.Supp.2d 1222, 1228 (M.D. Fla. 2009).

The Parties, having resolved their dispute, hereby stipulate and agree that all claims in this action are voluntarily dismissed with prejudice with each party to bear his or its own attorneys' fees and costs except as set forth above.

Dated this 13th day of December, 2016.

Respectfully submitted,

| | |
|---|---|
| s/ W. John Gadd, Esq. | s/ Ashwin R. Trehan |
| W. John Gadd, Esq. | Tracey K. Jaensch |
| Florida Bar No. 463061 | Florida Bar No. 907057 |
| wjg@mazgadd.com | tjaensch@fordharrison.com |
| Bank of America Building | Ashwin R. Trehan |
| 2727 Ulmerton Road, Suite 250 | Florida Bar No. 0042675 |
| Clearwater, FL  33762 | atrehan@fordharrison.com |
| Telephone:  (727) 524-6300 | **FordHarrison LLP** |
| | 101 E. Kennedy Boulevard, Suite 900 |
| Kyle J. Lee, Esq. | Tampa, Florida  33602-5133 |
| Florida Bar No. 105321 | Telephone:  (813) 261-7800 |
| Kyle@KyleLeeLaw.com | Facsimile:   (813) 261-7899 |
| Lee Law, PLLC | |
| P.O. Box 4476 | Attorneys for Defendant GV St. Pete, LLC |
| Brandon, FL  33509-4476 | |
| Telephone: (813) 343-2813 | |
| | |
| Attorney for Plaintiffs | |

WSACTIVELLP:8876658.2