## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

HORGLINE GREEN, on her own
behalf and others similarly situated,

      Plaintiff,

v.                         Case No. 8:15-cv-01973-JSM-MAP

GRAND VILLA of a St. Petersburg,

      Defendant.

_____/

## DEFENDANT'S RULE 68 OFFER OF JUDGMENT TO
## PLAINTIFF LILIANNE BAILEY-PIERRE

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant GV St. Pete,

LLC[1] ("GV St. Pete"), hereby offers to allow judgment to be taken against it and in favor of

**Plaintiff Lilianne Bailey-Pierre** ("Plaintiff") in the total amount of Ninety Dollars and No

Cents **($90.00)** to represent alleged unpaid wages, overtime, liquidated damages, and other

damages, plus a reasonable amount of attorneys' fees and costs incurred to date by the Plaintiff

to be determined by the Court.  This offer of judgment is made for the purposes specified in Rule

68, and is not to be construed either as an admission that GV St. Pete is liable to Plaintiff in this

action, or that Plaintiff has suffered any damage.

This offer of judgment, whether accepted or rejected, is not to be admissible as evidence

of liability in any proceeding.

**Pursuant to Federal Rule of Civil Procedure 68, to accept this offer of judgment**

**Plaintiff must serve written notice of acceptance within 14 days.  Otherwise, this offer of**

**judgment will be withdrawn.**

_____

[1] Plaintiff misidentifies the defendant in the case caption as Grand Villa of a St. Petersburg.

Respectfully submitted this 13th day of October, 2016:

By: _____
Tracey K. Jaensch
Florida Bar No. 907057
tjaensch@fordharrison.com
Ashwin R. Trehan
Florida Bar No. 0042675
atrehan@fordharrison.com

**FORDHARRISON LLP**
101 E. Kennedy Boulevard, Suite 900
Tampa, Florida 33602-5133
Telephone: (813) 261-7800
Facsimile: (813) 261-7899

Attorneys for Defendant GV St. Pete, LLC d/b/a
Grand Villa of St. Petersburg

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 13, 2016, I served the foregoing by electronic mail

and U.S. Mail upon:

W. John Gadd, Esq.
Bank of America Building
2727 Ulmerton Road, Suite 250
Clearwater, FL 33762
Email: wjg@mazgadd.com

and

Kyle Lee, Esq.
Lee Law, PLLC
P.O. Box 4476
Brandon, FL 33509
Email: Kyle@KyleLeeLaw.com
Info@KyleLeeLaw.com
Attorneys for Plaintiff

_____
Attorney

2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HORGLINE GREEN, on her own
behalf and others similarly situated,

     Plaintiff,

v.                                              Case No. 8:15-cv-01973-JSM-MAP

GRAND VILLA of a St. Petersburg,

     Defendant.

_____/

### DEFENDANT'S RULE 68 OFFER OF JUDGMENT TO PLAINTIFF LILIANNE BAILEY-PIERRE

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant GV St. Pete, LLC[1] ("GV St. Pete"), hereby offers to allow judgment to be taken against it and in favor of **Plaintiff Lilianne Bailey-Pierre** ("Plaintiff") in the total amount of Ninety Dollars and No Cents (**$90.00**) to represent alleged unpaid wages, overtime, liquidated damages, and other damages, plus a reasonable amount of attorneys' fees and costs incurred to date by the Plaintiff to be determined by the Court.  This offer of judgment is made for the purposes specified in Rule 68, and is not to be construed either as an admission that GV St. Pete is liable to Plaintiff in this action, or that Plaintiff has suffered any damage.

This offer of judgment, whether accepted or rejected, is not to be admissible as evidence of liability in any proceeding.

**Pursuant to Federal Rule of Civil Procedure 68, to accept this offer of judgment Plaintiff must serve written notice of acceptance within 14 days.  Otherwise, this offer of judgment will be withdrawn.**

_____

[1] Plaintiff misidentifies the defendant in the case caption as Grand Villa of a St. Petersburg.

Respectfully submitted this 13th day of October, 2016:

By: _____

Tracey K. Jaensch
Florida Bar No. 907057
tjaensch@fordharrison.com
Ashwin R. Trehan
Florida Bar No. 0042675
atrehan@fordharrison.com

**FORDHARRISON LLP**
101 E. Kennedy Boulevard, Suite 900
Tampa, Florida  33602-5133
Telephone:  (813) 261-7800
Facsimile:   (813) 261-7899

Attorneys for Defendant GV St. Pete, LLC d/b/a
Grand Villa of St. Petersburg

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 13, 2016, I served the foregoing by electronic mail

and U.S. Mail upon:

W. John Gadd, Esq.
Bank of America Building
2727 Ulmerton Road, Suite 250
Clearwater, FL  33762
Email:  wjg@mazgadd.com

and

Kyle Lee, Esq.
Lee Law, PLLC
P.O. Box 4476
Brandon, FL 33509
Email: Kyle@KyleLeeLaw.com
Info@KyleLeeLaw.com
Attorneys for Plaintiff

_____
Attorney

2

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

HORGLINE GREEN, on her own
behalf and others similarly situated,

      Plaintiff,

v.                                   Case No. 8:15-cv-01973-JSM-MAP

GRAND VILLA of a St. Petersburg,

      Defendant.

_____/

**DEFENDANT'S RULE 68 OFFER OF JUDGMENT TO**
**PLAINTIFF SHARRON BRYANT**

      Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant GV St. Pete, LLC[1] ("GV St. Pete"), hereby offers to allow judgment to be taken against it and in favor of **Plaintiff Sharron Bryant** ("Plaintiff") in the total amount of Three Hundred Thirty-Four Dollars and Seventy Cents **($334.70)** to represent alleged unpaid wages, overtime, liquidated damages, and other damages, plus a reasonable amount of attorneys' fees and costs incurred to date by the Plaintiff to be determined by the Court.  This offer of judgment is made for the purposes specified in Rule 68, and is not to be construed either as an admission that GV St. Pete is liable to Plaintiff in this action, or that Plaintiff has suffered any damage.

      This offer of judgment, whether accepted or rejected, is not to be admissible as evidence of liability in any proceeding.

      **Pursuant to Federal Rule of Civil Procedure 68, to accept this offer of judgment Plaintiff must serve written notice of acceptance within 14 days.  Otherwise, this offer of judgment will be withdrawn.**

_____

[1] Plaintiff misidentifies the defendant in the case caption as Grand Villa of a St. Petersburg.

Respectfully submitted this 13th day of October, 2016:

By: _____

Tracey K. Jaensch
Florida Bar No. 907057
tjaensch@fordharrison.com
Ashwin R. Trehan
Florida Bar No. 0042675
atrehan@fordharrison.com

**FORDHARRISON LLP**
101 E. Kennedy Boulevard, Suite 900
Tampa, Florida  33602-5133
Telephone:  (813) 261-7800
Facsimile:  (813) 261-7899

Attorneys for Defendant GV St. Pete, LLC d/b/a
Grand Villa of St. Petersburg

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 13, 2016, I served the foregoing by electronic mail and U.S. Mail upon:

W. John Gadd, Esq.
Bank of America Building
2727 Ulmerton Road, Suite 250
Clearwater, FL  33762
Email:  wjg@mazgadd.com

and

Kyle Lee, Esq.
Lee Law, PLLC
P.O. Box 4476
Brandon, FL 33509
Email: Kyle@KyleLeeLaw.com
Info@KyleLeeLaw.com
Attorneys for Plaintiff

_____
Attorney

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HORGLINE GREEN, on her own
behalf and others similarly situated,

     Plaintiff,

v.                            Case No. 8:15-cv-01973-JSM-MAP

GRAND VILLA of a St. Petersburg,

     Defendant.

_____/

## DEFENDANT'S RULE 68 OFFER OF JUDGMENT TO PLAINTIFF SHARRON BRYANT

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant GV St. Pete, LLC[1] ("GV St. Pete"), hereby offers to allow judgment to be taken against it and in favor of **Plaintiff Sharron Bryant** ("Plaintiff") in the total amount of Three Hundred Thirty-Four Dollars and Seventy Cents (**$334.70**) to represent alleged unpaid wages, overtime, liquidated damages, and other damages, plus a reasonable amount of attorneys' fees and costs incurred to date by the Plaintiff to be determined by the Court.  This offer of judgment is made for the purposes specified in Rule 68, and is not to be construed either as an admission that GV St. Pete is liable to Plaintiff in this action, or that Plaintiff has suffered any damage.

This offer of judgment, whether accepted or rejected, is not to be admissible as evidence of liability in any proceeding.

**Pursuant to Federal Rule of Civil Procedure 68, to accept this offer of judgment Plaintiff must serve written notice of acceptance within 14 days.  Otherwise, this offer of judgment will be withdrawn.**

_____

[1] Plaintiff misidentifies the defendant in the case caption as Grand Villa of a St. Petersburg.

Respectfully submitted this 13th day of October, 2016:

By: _____

Tracey K. Jaensch
Florida Bar No. 907057
tjaensch@fordharrison.com
Ashwin R. Trehan
Florida Bar No. 0042675
atrehan@fordharrison.com

**FORDHARRISON LLP**
101 E. Kennedy Boulevard, Suite 900
Tampa, Florida  33602-5133
Telephone:  (813) 261-7800
Facsimile:  (813) 261-7899

Attorneys for Defendant GV St. Pete, LLC d/b/a
Grand Villa of St. Petersburg

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 13, 2016, I served the foregoing by electronic mail and U.S. Mail upon:

W. John Gadd, Esq.
Bank of America Building
2727 Ulmerton Road, Suite 250
Clearwater, FL  33762
Email:  wjg@mazgadd.com

and

Kyle Lee, Esq.
Lee Law, PLLC
P.O. Box 4476
Brandon, FL 33509
Email: Kyle@KyleLeeLaw.com
Info@KyleLeeLaw.com
Attorneys for Plaintiff

_____
Attorney

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

HORGLINE GREEN, on her own
behalf and others similarly situated,

   Plaintiff,

v.          Case No. 8:15-cv-01973-JSM-MAP

GRAND VILLA of a St. Petersburg,

   Defendant.

_____/

**DEFENDANT'S RULE 68 OFFER OF JUDGMENT TO**
**PLAINTIFF LINDSEY DABILL**

  Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant GV St. Pete,

LLC[1] ("GV St. Pete"), hereby offers to allow judgment to be taken against it and in favor of

**Plaintiff Lindsey Dabill** ("Plaintiff") in the total amount of Two Thousand Two Hundred

Thirty-Two Dollars and Twelve Cents (**$2,232.12**) to represent alleged unpaid wages, overtime,

liquidated damages, and other damages, plus a reasonable amount of attorneys' fees and costs

incurred to date by the Plaintiff to be determined by the Court.  This offer of judgment is made

for the purposes specified in Rule 68, and is not to be construed either as an admission that GV

St. Pete is liable to Plaintiff in this action, or that Plaintiff has suffered any damage.

  This offer of judgment, whether accepted or rejected, is not to be admissible as evidence

of liability in any proceeding.

  **Pursuant to Federal Rule of Civil Procedure 68, to accept this offer of judgment**

**Plaintiff must serve written notice of acceptance within 14 days.  Otherwise, this offer of**

**judgment will be withdrawn.**

---

[1] Plaintiff misidentifies the defendant in the case caption as Grand Villa of a St. Petersburg.

Respectfully submitted this 9th day of September, 2016:

By: _____

Tracey K. Jaensch
Florida Bar No. 907057
tjaensch@fordharrison.com
Ashwin R. Trehan
Florida Bar No. 0042675
atrehan@fordharrison.com

**FORDHARRISON LLP**
101 E. Kennedy Boulevard, Suite 900
Tampa, Florida  33602-5133
Telephone:  (813) 261-7800
Facsimile:  (813) 261-7899

Attorneys for Defendant GV St. Pete, LLC d/b/a
Grand Villa of St. Petersburg

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 9, 2016, I served the foregoing by electronic

mail and U.S. Mail upon:

W. John Gadd, Esq.
Bank of America Building
2727 Ulmerton Road, Suite 250
Clearwater, FL  33762
Email:  wjg@mazgadd.com
Attorneys for Plaintiff
and

Kyle Lee, Esq.
Lee Law, PLLC
P.O. Box 4476
Brandon, FL 33509
Email: kylejameslee@yahoo.com
Attorneys for Plaintiff

_____
Attorney

WSACTIVELLP:8725934.1

2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HORGLINE GREEN, on her own
behalf and others similarly situated,

     Plaintiff,

v.                                  Case No. 8:15-cv-01973-JSM-MAP

GRAND VILLA of a St. Petersburg,

     Defendant.
_____/

## DEFENDANT'S RULE 68 OFFER OF JUDGMENT TO PLAINTIFF LINDSEY DABILL

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant GV St. Pete, LLC[1] ("GV St. Pete"), hereby offers to allow judgment to be taken against it and in favor of **Plaintiff Lindsey Dabill** ("Plaintiff") in the total amount of Two Thousand Two Hundred Thirty-Two Dollars and Twelve Cents (**$2,232.12**) to represent alleged unpaid wages, overtime, liquidated damages, and other damages, plus a reasonable amount of attorneys' fees and costs incurred to date by the Plaintiff to be determined by the Court. This offer of judgment is made for the purposes specified in Rule 68, and is not to be construed either as an admission that GV St. Pete is liable to Plaintiff in this action, or that Plaintiff has suffered any damage.

This offer of judgment, whether accepted or rejected, is not to be admissible as evidence of liability in any proceeding.

**Pursuant to Federal Rule of Civil Procedure 68, to accept this offer of judgment Plaintiff must serve written notice of acceptance within 14 days. Otherwise, this offer of judgment will be withdrawn.**

_L. Dab_____

[1] Plaintiff misidentifies the defendant in the case caption as Grand Villa of a St. Petersburg.

1

Respectfully submitted this 9th day of September, 2016:

By: _____

Tracey K. Jaensch
Florida Bar No. 907057
tjaensch@fordharrison.com
Ashwin R. Trehan
Florida Bar No. 0042675
atrehan@fordharrison.com

**FORDHARRISON LLP**
101 E. Kennedy Boulevard, Suite 900
Tampa, Florida 33602-5133
Telephone: (813) 261-7800
Facsimile: (813) 261-7899

Attorneys for Defendant GV St. Pete, LLC d/b/a
Grand Villa of St. Petersburg

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on September 9, 2016, I served the foregoing by electronic

mail and U.S. Mail upon:

W. John Gadd, Esq.
Bank of America Building
2727 Ulmerton Road, Suite 250
Clearwater, FL 33762
Email: wjg@mazgadd.com
Attorneys for Plaintiff
and

Kyle Lee, Esq.
Lee Law, PLLC
P.O. Box 4476
Brandon, FL 33509
Email: kylejameslee@yahoo.com
Attorneys for Plaintiff

_____
Attorney

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

HORGLINE GREEN, on her own
behalf and others similarly situated,

      Plaintiff,

v.                                 Case No. 8:15-cv-01973-JSM-MAP

GRAND VILLA of a St. Petersburg,

      Defendant.

_____/

## DEFENDANT'S RULE 68 OFFER OF JUDGMENT TO
## PLAINTIFF CLARE DEBOUSE

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant GV St. Pete, LLC[1] ("GV St. Pete"), hereby offers to allow judgment to be taken against it and in favor of **Plaintiff Clare Debouse** ("Plaintiff") in the total amount of Three Thousand Ninety-Nine Dollars and Thirty Cents (**$3,099.30**) to represent alleged unpaid wages, overtime, liquidated damages, and other damages, plus a reasonable amount of attorneys' fees and costs incurred to date by the Plaintiff to be determined by the Court.  This offer of judgment is made for the purposes specified in Rule 68, and is not to be construed either as an admission that GV St. Pete is liable to Plaintiff in this action, or that Plaintiff has suffered any damage.

This offer of judgment, whether accepted or rejected, is not to be admissible as evidence of liability in any proceeding.

**Pursuant to Federal Rule of Civil Procedure 68, to accept this offer of judgment Plaintiff must serve written notice of acceptance within 14 days.  Otherwise, this offer of judgment will be withdrawn.**

---

[1] Plaintiff misidentifies the defendant in the case caption as Grand Villa of a St. Petersburg.

Respectfully submitted this 9th day of September, 2016:

By: _____

Tracey K. Jaensch
Florida Bar No. 907057
tjaensch@fordharrison.com
Ashwin R. Trehan
Florida Bar No. 0042675
atrehan@fordharrison.com

**FORDHARRISON LLP**
101 E. Kennedy Boulevard, Suite 900
Tampa, Florida 33602-5133
Telephone: (813) 261-7800
Facsimile: (813) 261-7899

Attorneys for Defendant GV St. Pete, LLC d/b/a
Grand Villa of St. Petersburg

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 9, 2016, I served the foregoing by electronic mail and U.S. Mail upon:

W. John Gadd, Esq.
Bank of America Building
2727 Ulmerton Road, Suite 250
Clearwater, FL 33762
Email: wjg@mazgadd.com
Attorneys for Plaintiff
and

Kyle Lee, Esq.
Lee Law, PLLC
P.O. Box 4476
Brandon, FL 33509
Email: kylejameslee@yahoo.com
Attorneys for Plaintiff

_____
Attorney

WSACTIVELLP:8725946.1

2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HORGLINE GREEN, on her own
behalf and others similarly situated,

    Plaintiff,

v.                             Case No. 8:15-cv-01973-JSM-MAP

GRAND VILLA of a St. Petersburg,

    Defendant.

_____/

## DEFENDANT'S RULE 68 OFFER OF JUDGMENT TO PLAINTIFF CLARE DEBOUSE

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant GV St. Pete, LLC[1] ("GV St. Pete"), hereby offers to allow judgment to be taken against it and in favor of **Plaintiff Clare Debouse** ("Plaintiff") in the total amount of Three Thousand Ninety-Nine Dollars and Thirty Cents (**$3,099.30**) to represent alleged unpaid wages, overtime, liquidated damages, and other damages, plus a reasonable amount of attorneys' fees and costs incurred to date by the Plaintiff to be determined by the Court. This offer of judgment is made for the purposes specified in Rule 68, and is not to be construed either as an admission that GV St. Pete is liable to Plaintiff in this action, or that Plaintiff has suffered any damage.

This offer of judgment, whether accepted or rejected, is not to be admissible as evidence of liability in any proceeding.

**Pursuant to Federal Rule of Civil Procedure 68, to accept this offer of judgment Plaintiff must serve written notice of acceptance within 14 days. Otherwise, this offer of judgment will be withdrawn.**

*Clare DeBouse*

_____

[1] Plaintiff misidentifies the defendant in the case caption as Grand Villa of a St. Petersburg.

Respectfully submitted this 9th day of September, 2016:

By:  _Asl. R. JL_

Tracey K. Jaensch
Florida Bar No. 907057
tjaensch@fordharrison.com
Ashwin R. Trehan
Florida Bar No. 0042675
atrehan@fordharrison.com

**FORDHARRISON LLP**
101 E. Kennedy Boulevard, Suite 900
Tampa, Florida 33602-5133
Telephone:  (813) 261-7800
Facsimile:  (813) 261-7899

Attorneys for Defendant GV St. Pete, LLC d/b/a
Grand Villa of St. Petersburg

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 9, 2016, I served the foregoing by electronic

mail and U.S. Mail upon:

W. John Gadd, Esq.
Bank of America Building
2727 Ulmerton Road, Suite 250
Clearwater, FL 33762
Email:  wjg@mazgadd.com
Attorneys for Plaintiff
and

Kyle Lee, Esq.
Lee Law, PLLC
P.O. Box 4476
Brandon, FL 33509
Email: kylejameslee@yahoo.com
Attorneys for Plaintiff

_Asl. R. JL_
Attorney

WSACTIVELLP:8725946.1

2

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

HORGLINE GREEN, on her own
behalf and others similarly situated,

      Plaintiff,

v.                        Case No. 8:15-cv-01973-JSM-MAP

GRAND VILLA of a St. Petersburg,

      Defendant.

_____/

## DEFENDANT'S RULE 68 OFFER OF JUDGMENT TO
## PLAINTIFF ANGEL DIGGS

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant GV St. Pete, LLC[1] ("GV St. Pete"), hereby offers to allow judgment to be taken against it and in favor of **Plaintiff Angel Diggs** ("Plaintiff") in the total amount of One Thousand One Hundred Fifty-Nine Dollars and Ninety-Three Cents **($1,159.93)** to represent alleged unpaid wages, overtime, liquidated damages, and other damages, plus a reasonable amount of attorneys' fees and costs incurred to date by the Plaintiff to be determined by the Court.  This offer of judgment is made for the purposes specified in Rule 68, and is not to be construed either as an admission that GV St. Pete is liable to Plaintiff in this action, or that Plaintiff has suffered any damage.

This offer of judgment, whether accepted or rejected, is not to be admissible as evidence of liability in any proceeding.

**Pursuant to Federal Rule of Civil Procedure 68, to accept this offer of judgment Plaintiff must serve written notice of acceptance within 14 days.  Otherwise, this offer of judgment will be withdrawn.**

_____

[1] Plaintiff misidentifies the defendant in the case caption as Grand Villa of a St. Petersburg.

1

Respectfully submitted this 9th day of September, 2016:

By: _____

Tracey K. Jaensch
Florida Bar No. 907057
tjaensch@fordharrison.com
Ashwin R. Trehan
Florida Bar No. 0042675
atrehan@fordharrison.com

**FORDHARRISON LLP**
101 E. Kennedy Boulevard, Suite 900
Tampa, Florida  33602-5133
Telephone:  (813) 261-7800
Facsimile:  (813) 261-7899

Attorneys for Defendant GV St. Pete, LLC d/b/a
Grand Villa of St. Petersburg

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 9, 2016, I served the foregoing by electronic

mail and U.S. Mail upon:

W. John Gadd, Esq.
Bank of America Building
2727 Ulmerton Road, Suite 250
Clearwater, FL  33762
Email:  wjg@mazgadd.com
Attorneys for Plaintiff
and

Kyle Lee, Esq.
Lee Law, PLLC
P.O. Box 4476
Brandon, FL 33509
Email: kylejameslee@yahoo.com
Attorneys for Plaintiff

_____
Attorney

WSACTIVELLP:8725953.1

2

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

HORGLINE GREEN, on her own
behalf and others similarly situated,

     Plaintiff,

v.                          Case No. 8:15-cv-01973-JSM-MAP

GRAND VILLA of a St. Petersburg,

     Defendant.

_____/

## DEFENDANT'S RULE 68 OFFER OF JUDGMENT TO
## PLAINTIFF ANGEL DIGGS

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant GV St. Pete, LLC[1] ("GV St. Pete"), hereby offers to allow judgment to be taken against it and in favor of **Plaintiff Angel Diggs ("Plaintiff")** in the total amount of One Thousand One Hundred Fifty-Nine Dollars and Ninety-Three Cents (**$1,159.93**) to represent alleged unpaid wages, overtime, liquidated damages, and other damages, plus a reasonable amount of attorneys' fees and costs incurred to date by the Plaintiff to be determined by the Court. This offer of judgment is made for the purposes specified in Rule 68, and is not to be construed either as an admission that GV St. Pete is liable to Plaintiff in this action, or that Plaintiff has suffered any damage.

This offer of judgment, whether accepted or rejected, is not to be admissible as evidence of liability in any proceeding.

**Pursuant to Federal Rule of Civil Procedure 68, to accept this offer of judgment Plaintiff must serve written notice of acceptance within 14 days. Otherwise, this offer of judgment will be withdrawn.**

[1] Plaint f misidenti s e defendant in the case caption as Grand Villa of a St. Petersburg.

1

Respectfully submitted this 9th day of September, 2016:

By: _____

Tracey K. Jaensch
Florida Bar No. 907057
tjaensch@fordharrison.com
Ashwin R. Trehan
Florida Bar No. 0042675
atrehan@fordharrison.com

**FORDHARRISON LLP**
101 E. Kennedy Boulevard, Suite 900
Tampa, Florida 33602-5133
Telephone: (813) 261-7800
Facsimile: (813) 261-7899

Attorneys for Defendant GV St. Pete, LLC d/b/a
Grand Villa of St. Petersburg

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 9, 2016, I served the foregoing by electronic

mail and U.S. Mail upon:

W. John Gadd, Esq.
Bank of America Building
2727 Ulmerton Road, Suite 250
Clearwater, FL 33762
Email: wjg@mazgadd.com
Attorneys for Plaintiff

and

Kyle Lee, Esq.
Lee Law, PLLC
P.O. Box 4476
Brandon, FL 33509
Email: kylejameslee@yahoo.com
Attorneys for Plaintiff

_____
Attorney

WSACTIVELLP:8726024.1

2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HORGLINE GREEN, on her own
behalf and others similarly situated,

     Plaintiff,

v.                         Case No. 8:15-cv-01973-JSM-MAP

GRAND VILLA of a St. Petersburg,

     Defendant.

_____/

## DEFENDANT'S RULE 68 OFFER OF JUDGMENT TO PLAINTIFF ANTONIA FULLER

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant GV St. Pete, LLC[1] ("GV St. Pete"), hereby offers to allow judgment to be taken against it and in favor of **Plaintiff Antonia Fuller** ("Plaintiff") in the total amount of One Hundred Forty-Three Dollars and Fifty-One Cents **($143.51)** to represent alleged unpaid wages, overtime, liquidated damages, and other damages, plus a reasonable amount of attorneys' fees and costs incurred to date by the Plaintiff to be determined by the Court.  This offer of judgment is made for the purposes specified in Rule 68, and is not to be construed either as an admission that GV St. Pete is liable to Plaintiff in this action, or that Plaintiff has suffered any damage.

This offer of judgment, whether accepted or rejected, is not to be admissible as evidence of liability in any proceeding.

**Pursuant to Federal Rule of Civil Procedure 68, to accept this offer of judgment Plaintiff must serve written notice of acceptance within 14 days.  Otherwise, this offer of judgment will be withdrawn.**

_____

[1] Plaintiff misidentifies the defendant in the case caption as Grand Villa of a St. Petersburg.

1

Respectfully submitted this 9th day of September, 2016:

By: _____

Tracey K. Jaensch
Florida Bar No. 907057
tjaensch@fordharrison.com
Ashwin R. Trehan
Florida Bar No. 0042675
atrehan@fordharrison.com

**FORDHARRISON LLP**
101 E. Kennedy Boulevard, Suite 900
Tampa, Florida  33602-5133
Telephone:  (813) 261-7800
Facsimile:  (813) 261-7899

Attorneys for Defendant GV St. Pete, LLC d/b/a
Grand Villa of St. Petersburg

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 9, 2016, I served the foregoing by electronic

mail and U.S. Mail upon:

W. John Gadd, Esq.
Bank of America Building
2727 Ulmerton Road, Suite 250
Clearwater, FL  33762
Email:  wjg@mazgadd.com
Attorneys for Plaintiff
and

Kyle Lee, Esq.
Lee Law, PLLC
P.O. Box 4476
Brandon, FL 33509
Email: kylejameslee@yahoo.com
Attorneys for Plaintiff

_____
Attorney

WSACTIVELLP:8725958.1

2

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

HORGLINE GREEN, on her own
behalf and others similarly situated,

      Plaintiff,

v.                              Case No. 8:15-cv-01973-JSM-MAP

GRAND VILLA of a St. Petersburg,

      Defendant.

_____/

**DEFENDANT'S RULE 68 OFFER OF JUDGMENT TO**
**PLAINTIFF BENJIMIN GREEN**

      Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant GV St. Pete,

LLC[1] ("GV St. Pete"), hereby offers to allow judgment to be taken against it and in favor of

**Plaintiff Benjimin Green** ("Plaintiff") in the total amount of Nine Hundred Sixty-Nine Dollars

and Ninety-Six Cents **($969.96)** to represent alleged unpaid wages, overtime, liquidated

damages, and other damages, plus a reasonable amount of attorneys' fees and costs incurred to

date by the Plaintiff to be determined by the Court.  This offer of judgment is made for the

purposes specified in Rule 68, and is not to be construed either as an admission that GV St. Pete

is liable to Plaintiff in this action, or that Plaintiff has suffered any damage.

      This offer of judgment, whether accepted or rejected, is not to be admissible as evidence

of liability in any proceeding.

      **Pursuant to Federal Rule of Civil Procedure 68, to accept this offer of judgment**

**Plaintiff must serve written notice of acceptance within 14 days.  Otherwise, this offer of**

**judgment will be withdrawn.**

_____

[1] Plaintiff misidentifies the defendant in the case caption as Grand Villa of a St. Petersburg.

1

Respectfully submitted this 9th day of September, 2016:

By: _____

Tracey K. Jaensch
Florida Bar No. 907057
tjaensch@fordharrison.com
Ashwin R. Trehan
Florida Bar No. 0042675
atrehan@fordharrison.com

**FORDHARRISON LLP**
101 E. Kennedy Boulevard, Suite 900
Tampa, Florida  33602-5133
Telephone:  (813) 261-7800
Facsimile:  (813) 261-7899

Attorneys for Defendant GV St. Pete, LLC d/b/a
Grand Villa of St. Petersburg

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 9, 2016, I served the foregoing by electronic

mail and U.S. Mail upon:

W. John Gadd, Esq.
Bank of America Building
2727 Ulmerton Road, Suite 250
Clearwater, FL  33762
Email:  wjg@mazgadd.com
Attorneys for Plaintiff
and

Kyle Lee, Esq.
Lee Law, PLLC
P.O. Box 4476
Brandon, FL 33509
Email: kylejameslee@yahoo.com
Attorneys for Plaintiff

_____
Attorney

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HORGLINE GREEN, on her own
behalf and others similarly situated,

     Plaintiff,

v.                            Case No. 8:15-cv-01973-JSM-MAP

GRAND VILLA of a St. Petersburg,

     Defendant.

_____/

## DEFENDANT'S RULE 68 OFFER OF JUDGMENT TO PLAINTIFF BENJIMIN GREEN

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant GV St. Pete, LLC[1] ("GV St. Pete"), hereby offers to allow judgment to be taken against it and in favor of **Plaintiff Benjimin Green** ("Plaintiff") in the total amount of Nine Hundred Sixty-Nine Dollars and Ninety-Six Cents (**$969.96**) to represent alleged unpaid wages, overtime, liquidated damages, and other damages, plus a reasonable amount of attorneys' fees and costs incurred to date by the Plaintiff to be determined by the Court.  This offer of judgment is made for the purposes specified in Rule 68, and is not to be construed either as an admission that GV St. Pete is liable to Plaintiff in this action, or that Plaintiff has suffered any damage.

This offer of judgment, whether accepted or rejected, is not to be admissible as evidence of liability in any proceeding.

**Pursuant to Federal Rule of Civil Procedure 68, to accept this offer of judgment Plaintiff must serve written notice of acceptance within 14 days.  Otherwise, this offer of judgment will be withdrawn.**

_Benjimin Green_

_____

[1] Plaintiff misidentifies the defendant in the case caption as Grand Villa of a St. Petersburg.

1

Respectfully submitted this 9th day of September, 2016:

By:

Tracey K. Jaensch
Florida Bar No. 907057
tjaensch@fordharrison.com
Ashwin R. Trehan
Florida Bar No. 0042675
atrehan@fordharrison.com

**FORDHARRISON LLP**
101 E. Kennedy Boulevard, Suite 900
Tampa, Florida  33602-5133
Telephone:  (813) 261-7800
Facsimile:   (813) 261-7899

Attorneys for Defendant GV St. Pete, LLC d/b/a
Grand Villa of St. Petersburg

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 9, 2016, I served the foregoing by electronic

mail and U.S. Mail upon:

W. John Gadd, Esq.
Bank of America Building
2727 Ulmerton Road, Suite 250
Clearwater, FL  33762
Email:  wjg@mazgadd.com
Attorneys for Plaintiff
and

Kyle Lee, Esq.
Lee Law, PLLC
P.O. Box 4476
Brandon, FL 33509
Email: kylejameslee@yahoo.com
Attorneys for Plaintiff

Attorney

WSACTIVELLP.8725961.1

2

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

HORGLINE GREEN, on her own
behalf and others similarly situated,

   Plaintiff,

v.          Case No. 8:15-cv-01973-JSM-MAP

GRAND VILLA of a St. Petersburg,

   Defendant.

_____/

## DEFENDANT'S RULE 68 OFFER OF JUDGMENT TO PLAINTIFF HORGLINE GREEN

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant GV St. Pete, LLC[1] ("GV St. Pete"), hereby offers to allow judgment to be taken against it and in favor of **Plaintiff Horgline Green** ("Plaintiff") in the total amount of Seven Hundred Two Dollars and Twenty Cents (**$702.20**) to represent alleged unpaid wages, overtime, liquidated damages, and other damages, plus a reasonable amount of attorneys' fees and costs incurred to date by the Plaintiff to be determined by the Court.  This offer of judgment is made for the purposes specified in Rule 68, and is not to be construed either as an admission that GV St. Pete is liable to Plaintiff in this action, or that Plaintiff has suffered any damage.

This offer of judgment, whether accepted or rejected, is not to be admissible as evidence of liability in any proceeding.

**Pursuant to Federal Rule of Civil Procedure 68, to accept this offer of judgment Plaintiff must serve written notice of acceptance within 14 days.  Otherwise, this offer of judgment will be withdrawn.**

_____

[1] Plaintiff misidentifies the defendant in the case caption as Grand Villa of a St. Petersburg.

1

Respectfully submitted this 9th day of September, 2016:

By: _____

Tracey K. Jaensch
Florida Bar No. 907057
tjaensch@fordharrison.com
Ashwin R. Trehan
Florida Bar No. 0042675
atrehan@fordharrison.com

**FORDHARRISON LLP**
101 E. Kennedy Boulevard, Suite 900
Tampa, Florida  33602-5133
Telephone:  (813) 261-7800
Facsimile:  (813) 261-7899

Attorneys for Defendant GV St. Pete, LLC d/b/a
Grand Villa of St. Petersburg

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 9, 2016, I served the foregoing by electronic

mail and U.S. Mail upon:

W. John Gadd, Esq.
Bank of America Building
2727 Ulmerton Road, Suite 250
Clearwater, FL  33762
Email:  wjg@mazgadd.com
Attorneys for Plaintiff

and

Kyle Lee, Esq.
Lee Law, PLLC
P.O. Box 4476
Brandon, FL 33509
Email: kylejameslee@yahoo.com
Attorneys for Plaintiff

_____

Attorney

WSACTIVELLP:8712060.1

2

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

HORGLINE GREEN, on her own
behalf and others similarly situated,

     Plaintiff,

v.                          Case No. 8:15-cv-01973-JSM-MAP

GRAND VILLA of a St. Petersburg,

     Defendant.

_____/

## <u>DEFENDANT'S RULE 68 OFFER OF JUDGMENT TO</u>
## <u>PLAINTIFF HORGLINE GREEN</u>

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant GV St. Pete, LLC[1] ("GV St. Pete"), hereby offers to allow judgment to be taken against it and in favor of **Plaintiff Horgline Green** ("Plaintiff") in the total amount of Seven Hundred Two Dollars and Twenty Cents (**$702.20**) to represent alleged unpaid wages, overtime, liquidated damages, and other damages, plus a reasonable amount of attorneys' fees and costs incurred to date by the Plaintiff to be determined by the Court.  This offer of judgment is made for the purposes specified in Rule 68, and is not to be construed either as an admission that GV St. Pete is liable to Plaintiff in this action, or that Plaintiff has suffered any damage.

This offer of judgment, whether accepted or rejected, is not to be admissible as evidence of liability in any proceeding.

**Pursuant to Federal Rule of Civil Procedure 68, to accept this offer of judgment Plaintiff must serve written notice of acceptance within 14 days.  Otherwise, this offer of judgment will be withdrawn.**

---

[1] Plaintiff identifies the defendant in the case caption as Grand Villa of a St. Petersburg.

1

Respectfully submitted this 9th day of September, 2016:

By: _____

Tracey K. Jaensch
Florida Bar No. 907057
tjaensch@fordharrison.com
Ashwin R. Trehan
Florida Bar No. 0042675
atrehan@fordharrison.com

**FORDHARRISON LLP**
101 E. Kennedy Boulevard, Suite 900
Tampa, Florida  33602-5133
Telephone:  (813) 261-7800
Facsimile:   (813) 261-7899

Attorneys for Defendant GV St. Pete, LLC d/b/a
Grand Villa of St. Petersburg

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 9, 2016, I served the foregoing by electronic

mail and U.S. Mail upon:

W. John Gadd, Esq.
Bank of America Building
2727 Ulmerton Road, Suite 250
Clearwater, FL  33762
Email:  wjg@mazgadd.com
Attorneys for Plaintiff

and

Kyle Lee, Esq.
Lee Law, PLLC
P.O. Box 4476
Brandon, FL 33509
Email: kylejameslee@yahoo.com
Attorneys for Plaintiff

_____
Attorney

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HORGLINE GREEN, on her own
behalf and others similarly situated,

      Plaintiff,

v.                              Case No. 8:15-cv-01973-JSM-MAP

GRAND VILLA of a St. Petersburg,

      Defendant.

_____/

## DEFENDANT'S RULE 68 OFFER OF JUDGMENT TO PLAINTIFF TALICIA GREEN

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant GV St. Pete, LLC[1] ("GV St. Pete"), hereby offers to allow judgment to be taken against it and in favor of **Plaintiff Talicia Green** ("Plaintiff") in the total amount of Six Hundred Forty-One Dollars and Twenty-Six Cents **($641.26)** to represent alleged unpaid wages, overtime, liquidated damages, and other damages, plus a reasonable amount of attorneys' fees and costs incurred to date by the Plaintiff to be determined by the Court.  This offer of judgment is made for the purposes specified in Rule 68, and is not to be construed either as an admission that GV St. Pete is liable to Plaintiff in this action, or that Plaintiff has suffered any damage.

This offer of judgment, whether accepted or rejected, is not to be admissible as evidence of liability in any proceeding.

**Pursuant to Federal Rule of Civil Procedure 68, to accept this offer of judgment Plaintiff must serve written notice of acceptance within 14 days.  Otherwise, this offer of judgment will be withdrawn.**

_____

[1] Plaintiff misidentifies the defendant in the case caption as Grand Villa of a St. Petersburg.

1

Respectfully submitted this 9th day of September, 2016:

By: _____

Tracey K. Jaensch
Florida Bar No. 907057
tjaensch@fordharrison.com
Ashwin R. Trehan
Florida Bar No. 0042675
atrehan@fordharrison.com

**FORDHARRISON LLP**
101 E. Kennedy Boulevard, Suite 900
Tampa, Florida  33602-5133
Telephone:  (813) 261-7800
Facsimile:  (813) 261-7899

Attorneys for Defendant GV St. Pete, LLC d/b/a
Grand Villa of St. Petersburg

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 9, 2016, I served the foregoing by electronic

mail and U.S. Mail upon:

W. John Gadd, Esq.
Bank of America Building
2727 Ulmerton Road, Suite 250
Clearwater, FL  33762
Email:  wjg@mazgadd.com
Attorneys for Plaintiff
and

Kyle Lee, Esq.
Lee Law, PLLC
P.O. Box 4476
Brandon, FL 33509
Email: kylejameslee@yahoo.com
Attorneys for Plaintiff

_____
Attorney

WSACTIVELLP:8725962.1

2

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

HORGLINE GREEN, on her own
behalf and others similarly situated,

     Plaintiff,

v.                         Case No. 8:15-cv-01973-JSM-MAP

GRAND VILLA of a St. Petersburg,

     Defendant.
_____/

## DEFENDANT'S RULE 68 OFFER OF JUDGMENT TO PLAINTIFF TALICIA GREEN

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant GV St. Pete,

LLC[1] ("GV St. Pete"), hereby offers to allow judgment to be taken against it and in favor of

**Plaintiff Talicia Green** ("Plaintiff") in the total amount of Six Hundred Forty-One Dollars and

Twenty-Six Cents (**$641.26**) to represent alleged unpaid wages, overtime, liquidated damages,

and other damages, plus a reasonable amount of attorneys' fees and costs incurred to date by the

Plaintiff to be determined by the Court. This offer of judgment is made for the purposes

specified in Rule 68, and is not to be construed either as an admission that GV St. Pete is liable

to Plaintiff in this action, or that Plaintiff has suffered any damage.

This offer of judgment, whether accepted or rejected, is not to be admissible as evidence

of liability in any proceeding.

**Pursuant to Federal Rule of Civil Procedure 68, to accept this offer of judgment**

**Plaintiff must serve written notice of acceptance within 14 days. Otherwise, this offer of**

judgment will be withdrawn.

_____

[1] Plaintiff misidentifies the defendant in the case caption as Grand Villa of a St. Petersburg.

1

Respectfully submitted this 9th day of September, 2016:

By: _____

Tracey K. Jaensch
Florida Bar No. 907057
tjaensch@fordharrison.com
Ashwin R. Trehan
Florida Bar No. 0042675
atrehan@fordharrison.com

**FORDHARRISON LLP**
101 E. Kennedy Boulevard, Suite 900
Tampa, Florida 33602-5133
Telephone: (813) 261-7800
Facsimile: (813) 261-7899

Attorneys for Defendant GV St. Pete, LLC d/b/a
Grand Villa of St. Petersburg

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 9, 2016, I served the foregoing by electronic

mail and U.S. Mail upon:

W. John Gadd, Esq.
Bank of America Building
2727 Ulmerton Road, Suite 250
Clearwater, FL 33762
Email: wjg@mazgadd.com
Attorneys for Plaintiff
and

Kyle Lee, Esq.
Lee Law, PLLC
P.O. Box 4476
Brandon, FL 33509
Email: kylejameslee@yahoo.com
Attorneys for Plaintiff

_____
Attorney

WSACTIVELLP:8725962.1

2

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

HORGLINE GREEN, on her own
behalf and others similarly situated,

      Plaintiff,

v.                           Case No. 8:15-cv-01973-JSM-MAP

GRAND VILLA of a St. Petersburg,

      Defendant.

_____/

## DEFENDANT'S RULE 68 OFFER OF JUDGMENT TO
## PLAINTIFF KIARA HARDEN

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant GV St. Pete,

LLC[1] ("GV St. Pete"), hereby offers to allow judgment to be taken against it and in favor of

**Plaintiff Kiara Harden** ("Plaintiff") in the total amount of One Thousand Two Hundred

Seventy-Two Dollars and Twenty-Four Cents **($1,272.24)** to represent alleged unpaid wages,

overtime, liquidated damages, and other damages, plus a reasonable amount of attorneys' fees

and costs incurred to date by the Plaintiff to be determined by the Court.  This offer of judgment

is made for the purposes specified in Rule 68, and is not to be construed either as an admission

that GV St. Pete is liable to Plaintiff in this action, or that Plaintiff has suffered any damage.

This offer of judgment, whether accepted or rejected, is not to be admissible as evidence

of liability in any proceeding.

**Pursuant to Federal Rule of Civil Procedure 68, to accept this offer of judgment**

**Plaintiff must serve written notice of acceptance within 14 days.  Otherwise, this offer of**

**judgment will be withdrawn.**

---

[1] Plaintiff misidentifies the defendant in the case caption as Grand Villa of a St. Petersburg.

1

Respectfully submitted this 9th day of September, 2016:

By: _____

Tracey K. Jaensch
Florida Bar No. 907057
tjaensch@fordharrison.com
Ashwin R. Trehan
Florida Bar No. 0042675
atrehan@fordharrison.com

**FORDHARRISON LLP**
101 E. Kennedy Boulevard, Suite 900
Tampa, Florida  33602-5133
Telephone:  (813) 261-7800
Facsimile:  (813) 261-7899

Attorneys for Defendant GV St. Pete, LLC d/b/a
Grand Villa of St. Petersburg

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 9, 2016, I served the foregoing by electronic

mail and U.S. Mail upon:

W. John Gadd, Esq.
Bank of America Building
2727 Ulmerton Road, Suite 250
Clearwater, FL  33762
Email:  wjg@mazgadd.com
Attorneys for Plaintiff
and

Kyle Lee, Esq.
Lee Law, PLLC
P.O. Box 4476
Brandon, FL 33509
Email: kylejameslee@yahoo.com
Attorneys for Plaintiff

_____
Attorney

WSACTIVELLP:8725971.1

2

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

HORGLINE GREEN, on her own
behalf and others similarly situated,

      Plaintiff,

v.                            Case No. 8:15-cv-01973-JSM-MAP

GRAND VILLA of a St. Petersburg,

      Defendant.

_____/

## DEFENDANT'S RULE 68 OFFER OF JUDGMENT TO PLAINTIFF KIARA HARDEN

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant GV St. Pete, LLC[1] ("GV St. Pete"), hereby offers to allow judgment to be taken against it and in favor of **Plaintiff Kiara Harden** ("Plaintiff") in the total amount of One Thousand Two Hundred Seventy-Two Dollars and Twenty-Four Cents (**$1,272.24**) to represent alleged unpaid wages, overtime, liquidated damages, and other damages, plus a reasonable amount of attorneys' fees and costs incurred to date by the Plaintiff to be determined by the Court.  This offer of judgment is made for the purposes specified in Rule 68, and is not to be construed either as an admission that GV St. Pete is liable to Plaintiff in this action, or that Plaintiff has suffered any damage.

This offer of judgment, whether accepted or rejected, is not to be admissible as evidence of liability in any proceeding.

**Pursuant to Federal Rule of Civil Procedure 68, to accept this offer of judgment Plaintiff must serve written notice of acceptance within 14 days.  Otherwise, this offer of judgment will be withdrawn.**

_Kiara Harden_

---

[1] Plaintiff misidentifies the defendant in the case caption as Grand Villa of a St. Petersburg.

Respectfully submitted this 9th day of September, 2016:

By: _____

Tracey K. Jaensch
Florida Bar No. 907057
tjaensch@fordharrison.com
Ashwin R. Trehan
Florida Bar No. 0042675
atrehan@fordharrison.com

**FORDHARRISON LLP**
101 E. Kennedy Boulevard, Suite 900
Tampa, Florida  33602-5133
Telephone:  (813) 261-7800
Facsimile:   (813) 261-7899

Attorneys for Defendant GV St. Pete, LLC d/b/a
Grand Villa of St. Petersburg

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 9, 2016, I served the foregoing by electronic

mail and U.S. Mail upon:

W. John Gadd, Esq.
Bank of America Building
2727 Ulmerton Road, Suite 250
Clearwater, FL  33762
Email:  wjg@mazgadd.com
Attorneys for Plaintiff
and

Kyle Lee, Esq.
Lee Law, PLLC
P.O. Box 4476
Brandon, FL 33509
Email: kylejameslee@yahoo.com
Attorneys for Plaintiff

_____
Attorney

WSACTIVELLP:8725971.1

2

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

HORGLINE GREEN, on her own
behalf and others similarly situated,

     Plaintiff,

v.                           Case No. 8:15-cv-01973-JSM-MAP

GRAND VILLA of a St. Petersburg,

     Defendant.

_____/

## DEFENDANT'S RULE 68 OFFER OF JUDGMENT TO PLAINTIFF LAQUISHA HARGROVE

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant GV St. Pete, LLC[1] ("GV St. Pete"), hereby offers to allow judgment to be taken against it and in favor of **Plaintiff Laquisha Hargrove** ("Plaintiff") in the total amount of One Thousand One Hundred Ninety-Five Dollars and Seventy-Two Cents (**$1,195.72**) to represent alleged unpaid wages, overtime, liquidated damages, and other damages, plus a reasonable amount of attorneys' fees and costs incurred to date by the Plaintiff to be determined by the Court.  This offer of judgment is made for the purposes specified in Rule 68, and is not to be construed either as an admission that GV St. Pete is liable to Plaintiff in this action, or that Plaintiff has suffered any damage.

This offer of judgment, whether accepted or rejected, is not to be admissible as evidence of liability in any proceeding.

**Pursuant to Federal Rule of Civil Procedure 68, to accept this offer of judgment Plaintiff must serve written notice of acceptance within 14 days.  Otherwise, this offer of judgment will be withdrawn.**

---

[1] Plaintiff misidentifies the defendant in the case caption as Grand Villa of a St. Petersburg.

Respectfully submitted this 9th day of September, 2016:

By: _____

Tracey K. Jaensch
Florida Bar No. 907057
tjaensch@fordharrison.com
Ashwin R. Trehan
Florida Bar No. 0042675
atrehan@fordharrison.com

**FORDHARRISON LLP**
101 E. Kennedy Boulevard, Suite 900
Tampa, Florida  33602-5133
Telephone:  (813) 261-7800
Facsimile:   (813) 261-7899

Attorneys for Defendant GV St. Pete, LLC d/b/a
Grand Villa of St. Petersburg

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 9, 2016, I served the foregoing by electronic

mail and U.S. Mail upon:

W. John Gadd, Esq.
Bank of America Building
2727 Ulmerton Road, Suite 250
Clearwater, FL  33762
Email:  wjg@mazgadd.com
Attorneys for Plaintiff
and

Kyle Lee, Esq.
Lee Law, PLLC
P.O. Box 4476
Brandon, FL 33509
Email: kylejameslee@yahoo.com
Attorneys for Plaintiff

_____
Attorney

WSACTIVELLP:8725978.1

2

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

HORGLINE GREEN, on her own
behalf and others similarly situated,

     Plaintiff,

v.                                        Case No. 8:15-cv-01973-JSM-MAP

GRAND VILLA of a St. Petersburg,

     Defendant.

_____/

## DEFENDANT'S RULE 68 OFFER OF JUDGMENT TO PLAINTIFF LAQUISHA HARGROVE

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant GV St. Pete, LLC[1] ("GV St. Pete"), hereby offers to allow judgment to be taken against it and in favor of **Plaintiff Laquisha Hargrove** ("Plaintiff") in the total amount of One Thousand One Hundred Ninety-Five Dollars and Seventy-Two Cents (**$1,195.72**) to represent alleged unpaid wages, overtime, liquidated damages, and other damages, plus a reasonable amount of attorneys' fees and costs incurred to date by the Plaintiff to be determined by the Court.  This offer of judgment is made for the purposes specified in Rule 68, and is not to be construed either as an admission that GV St. Pete is liable to Plaintiff in this action, or that Plaintiff has suffered any damage.

This offer of judgment, whether accepted or rejected, is not to be admissible as evidence of liability in any proceeding.

**Pursuant to Federal Rule of Civil Procedure 68, to accept this offer of judgment Plaintiff must serve written notice of acceptance within 14 days.  Otherwise, this offer of judgment will be withdrawn.**

---

[1] Plaintiff misidentifies the defendant in the case caption as Grand Villa of a St. Petersburg.

1

Respectfully submitted this 9th day of September, 2016:

By: _____

Tracey K. Jaensch
Florida Bar No. 907057
tjaensch@fordharrison.com
Ashwin R. Trehan
Florida Bar No. 0042675
atrehan@fordharrison.com

**FORDHARRISON LLP**
101 E. Kennedy Boulevard, Suite 900
Tampa, Florida  33602-5133
Telephone:  (813) 261-7800
Facsimile:   (813) 261-7899

Attorneys for Defendant GV St. Pete, LLC d/b/a
Grand Villa of St. Petersburg

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 9, 2016, I served the foregoing by electronic

mail and U.S. Mail upon:

W. John Gadd, Esq.
Bank of America Building
2727 Ulmerton Road, Suite 250
Clearwater, FL  33762
Email:  wjg@mazgadd.com
Attorneys for Plaintiff
and

Kyle Lee, Esq.
Lee Law, PLLC
P.O. Box 4476
Brandon, FL 33509
Email: kylejameslee@yahoo.com
Attorneys for Plaintiff

_____
Attorney

WSACTIVELLP:8725978.1

2

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

HORGLINE GREEN, on her own
behalf and others similarly situated,

      Plaintiff,

v.                                 Case No. 8:15-cv-01973-JSM-MAP

GRAND VILLA of a St. Petersburg,

      Defendant.

_____/

## DEFENDANT'S RULE 68 OFFER OF JUDGMENT TO
## PLAINTIFF JASMINE HUBBARD

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant GV St. Pete,

LLC[1] ("GV St. Pete"), hereby offers to allow judgment to be taken against it and in favor of

**Plaintiff Jasmine Hubbard** ("Plaintiff") in the total amount of Three Hundred Twenty-Five

Dollars and Six Cents **($325.06)** to represent alleged unpaid wages, overtime, liquidated

damages, and other damages, plus a reasonable amount of attorneys' fees and costs incurred to

date by the Plaintiff to be determined by the Court.  This offer of judgment is made for the

purposes specified in Rule 68, and is not to be construed either as an admission that GV St. Pete

is liable to Plaintiff in this action, or that Plaintiff has suffered any damage.

This offer of judgment, whether accepted or rejected, is not to be admissible as evidence

of liability in any proceeding.

**Pursuant to Federal Rule of Civil Procedure 68, to accept this offer of judgment**

**Plaintiff must serve written notice of acceptance within 14 days.  Otherwise, this offer of**

**judgment will be withdrawn.**

---

[1] Plaintiff misidentifies the defendant in the case caption as Grand Villa of a St. Petersburg.

1

Respectfully submitted this 9th day of September, 2016:

By: _____

Tracey K. Jaensch
Florida Bar No. 907057
tjaensch@fordharrison.com
Ashwin R. Trehan
Florida Bar No. 0042675
atrehan@fordharrison.com

**FORDHARRISON LLP**
101 E. Kennedy Boulevard, Suite 900
Tampa, Florida  33602-5133
Telephone:  (813) 261-7800
Facsimile:  (813) 261-7899

Attorneys for Defendant GV St. Pete, LLC d/b/a
Grand Villa of St. Petersburg

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 9, 2016, I served the foregoing by electronic

mail and U.S. Mail upon:

W. John Gadd, Esq.
Bank of America Building
2727 Ulmerton Road, Suite 250
Clearwater, FL  33762
Email:  wjg@mazgadd.com
Attorneys for Plaintiff
and

Kyle Lee, Esq.
Lee Law, PLLC
P.O. Box 4476
Brandon, FL 33509
Email: kylejameslee@yahoo.com
Attorneys for Plaintiff

_____
Attorney

WSACTIVELLP:8725980.1

2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HORGLINE GREEN, on her own
behalf and others similarly situated,

     Plaintiff,

v.                            Case No. 8:15-cv-01973-JSM-MAP

GRAND VILLA of a St. Petersburg,

     Defendant.

_____/

## DEFENDANT'S RULE 68 OFFER OF JUDGMENT TO PLAINTIFF JASMINE HUBBARD

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant GV St. Pete, LLC[1] ("GV St. Pete"), hereby offers to allow judgment to be taken against it and in favor of **Plaintiff Jasmine Hubbard** ("Plaintiff") in the total amount of Three Hundred Twenty-Five Dollars and Six Cents (**$325.06**) to represent alleged unpaid wages, overtime, liquidated damages, and other damages, plus a reasonable amount of attorneys' fees and costs incurred to date by the Plaintiff to be determined by the Court. This offer of judgment is made for the purposes specified in Rule 68, and is not to be construed either as an admission that GV St. Pete is liable to Plaintiff in this action, or that Plaintiff has suffered any damage.

This offer of judgment, whether accepted or rejected, is not to be admissible as evidence of liability in any proceeding.

**Pursuant to Federal Rule of Civil Procedure 68, to accept this offer of judgment Plaintiff must serve written notice of acceptance within 14 days. Otherwise, this offer of judgment will be withdrawn.**

_Jasmine Hubbard_

[1] Plaintiff misidentifies the defendant in the case caption as Grand Villa of a St. Petersburg.

1

Respectfully submitted this 9th day of September, 2016:

By: *[signature]*

Tracey K. Jaensch
Florida Bar No. 907057
tjaensch@fordharrison.com
Ashwin R. Trehan
Florida Bar No. 0042675
atrehan@fordharrison.com

**FORDHARRISON LLP**
101 E. Kennedy Boulevard, Suite 900
Tampa, Florida  33602-5133
Telephone:  (813) 261-7800
Facsimile:  (813) 261-7899

Attorneys for Defendant GV St. Pete, LLC d/b/a
Grand Villa of St. Petersburg

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 9, 2016, I served the foregoing by electronic mail and U.S. Mail upon:

W. John Gadd, Esq.
Bank of America Building
2727 Ulmerton Road, Suite 250
Clearwater, FL  33762
Email:  wjg@mazgadd.com
Attorneys for Plaintiff
and

Kyle Lee, Esq.
Lee Law, PLLC
P.O. Box 4476
Brandon, FL 33509
Email: kylejameslee@yahoo.com
Attorneys for Plaintiff

*[signature]*

Attorney

WSACTIVELLP:8725980.1

2

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

HORGLINE GREEN, on her own
behalf and others similarly situated,

     Plaintiff,

v.                          Case No. 8:15-cv-01973-JSM-MAP

GRAND VILLA of a St. Petersburg,

     Defendant.

_____/

## DEFENDANT'S RULE 68 OFFER OF JUDGMENT TO
## PLAINTIFF JACKYE MAXIME

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant GV St. Pete, LLC[1] ("GV St. Pete"), hereby offers to allow judgment to be taken against it and in favor of **Plaintiff Jackye Maxime** ("Plaintiff") in the total amount of Six Hundred Seventeen Dollars and Sixty Cents **($617.60)** to represent alleged unpaid wages, overtime, liquidated damages, and other damages, plus a reasonable amount of attorneys' fees and costs incurred to date by the Plaintiff to be determined by the Court.  This offer of judgment is made for the purposes specified in Rule 68, and is not to be construed either as an admission that GV St. Pete is liable to Plaintiff in this action, or that Plaintiff has suffered any damage.

This offer of judgment, whether accepted or rejected, is not to be admissible as evidence of liability in any proceeding.

**Pursuant to Federal Rule of Civil Procedure 68, to accept this offer of judgment Plaintiff must serve written notice of acceptance within 14 days.  Otherwise, this offer of judgment will be withdrawn.**

---

[1] Plaintiff misidentifies the defendant in the case caption as Grand Villa of a St. Petersburg.

1

Respectfully submitted this 9th day of September, 2016:

By: _____

Tracey K. Jaensch
Florida Bar No. 907057
tjaensch@fordharrison.com
Ashwin R. Trehan
Florida Bar No. 0042675
atrehan@fordharrison.com

**FORDHARRISON LLP**
101 E. Kennedy Boulevard, Suite 900
Tampa, Florida  33602-5133
Telephone:  (813) 261-7800
Facsimile:  (813) 261-7899

Attorneys for Defendant GV St. Pete, LLC d/b/a
Grand Villa of St. Petersburg

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 9, 2016, I served the foregoing by electronic

mail and U.S. Mail upon:

W. John Gadd, Esq.
Bank of America Building
2727 Ulmerton Road, Suite 250
Clearwater, FL  33762
Email:  wjg@mazgadd.com
Attorneys for Plaintiff
and

Kyle Lee, Esq.
Lee Law, PLLC
P.O. Box 4476
Brandon, FL 33509
Email: kylejameslee@yahoo.com
Attorneys for Plaintiff

_____
Attorney

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

HORGLINE GREEN, on her own
behalf and others similarly situated,

     Plaintiff,

v.                        Case No. 8:15-cv-01973-JSM-MAP

GRAND VILLA of a St. Petersburg,

     Defendant.

_____/

## DEFENDANT'S RULE 68 OFFER OF JUDGMENT TO
## PLAINTIFF JACKYE MAXIME

     Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant GV St. Pete,

LLC[1] ("GV St. Pete"), hereby offers to allow judgment to be taken against it and in favor of

**Plaintiff Jackye Maxime** ("Plaintiff") in the total amount of Six Hundred Seventeen Dollars and

Sixty Cents **($617.60)** to represent alleged unpaid wages, overtime, liquidated damages, and

other damages, plus a reasonable amount of attorneys' fees and costs incurred to date by the

Plaintiff to be determined by the Court.  This offer of judgment is made for the purposes

specified in Rule 68, and is not to be construed either as an admission that GV St. Pete is liable

to Plaintiff in this action, or that Plaintiff has suffered any damage.

     This offer of judgment, whether accepted or rejected, is not to be admissible as evidence

of liability in any proceeding.

     **Pursuant to Federal Rule of Civil Procedure 68, to accept this offer of judgment**

**Plaintiff must serve written notice of acceptance within 14 days.  Otherwise, this offer of**

**judgment will be withdrawn.**

_Jackye Maxime_

[1] Plaintiff misidentifies the defendant in the case caption as Grand Villa of a St. Petersburg.

1

Respectfully submitted this 9th day of September, 2016:

By:

Tracey K. Jaensch
Florida Bar No. 907057
tjaensch@fordharrison.com
Ashwin R. Trehan
Florida Bar No. 0042675
atrehan@fordharrison.com

**FORDHARRISON LLP**
101 E. Kennedy Boulevard, Suite 900
Tampa, Florida 33602-5133
Telephone:  (813) 261-7800
Facsimile:  (813) 261-7899

Attorneys for Defendant GV St. Pete, LLC d/b/a
Grand Villa of St. Petersburg

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 9, 2016, I served the foregoing by electronic

mail and U.S. Mail upon:

W. John Gadd, Esq.
Bank of America Building
2727 Ulmerton Road, Suite 250
Clearwater, FL 33762
Email:  wjg@mazgadd.com
Attorneys for Plaintiff
and

Kyle Lee, Esq.
Lee Law, PLLC
P.O. Box 4476
Brandon, FL 33509
Email: kylejameslee@yahoo.com
Attorneys for Plaintiff

Attorney

WSACTIVELLP:8725984.1

2

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

HORGLINE GREEN, on her own
behalf and others similarly situated,

       Plaintiff,

v.                              Case No. 8:15-cv-01973-JSM-MAP

GRAND VILLA of a St. Petersburg,

       Defendant.

_____/

### DEFENDANT'S RULE 68 OFFER OF JUDGMENT TO PLAINTIFF CHALVESE MAYS

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant GV St. Pete, LLC[1] ("GV St. Pete"), hereby offers to allow judgment to be taken against it and in favor of **Plaintiff Chalvese Mays** ("Plaintiff") in the total amount of Eight Hundred Nine Dollars and Two Cents **($809.02)** to represent alleged unpaid wages, overtime, liquidated damages, and other damages, plus a reasonable amount of attorneys' fees and costs incurred to date by the Plaintiff to be determined by the Court.  This offer of judgment is made for the purposes specified in Rule 68, and is not to be construed either as an admission that GV St. Pete is liable to Plaintiff in this action, or that Plaintiff has suffered any damage.

This offer of judgment, whether accepted or rejected, is not to be admissible as evidence of liability in any proceeding.

**Pursuant to Federal Rule of Civil Procedure 68, to accept this offer of judgment Plaintiff must serve written notice of acceptance within 14 days.  Otherwise, this offer of judgment will be withdrawn.**

_____

[1] Plaintiff misidentifies the defendant in the case caption as Grand Villa of a St. Petersburg.

1

Respectfully submitted this 9th day of September, 2016:

By: _____

Tracey K. Jaensch
Florida Bar No. 907057
tjaensch@fordharrison.com
Ashwin R. Trehan
Florida Bar No. 0042675
atrehan@fordharrison.com

**FORDHARRISON LLP**
101 E. Kennedy Boulevard, Suite 900
Tampa, Florida  33602-5133
Telephone:  (813) 261-7800
Facsimile:  (813) 261-7899

Attorneys for Defendant GV St. Pete, LLC d/b/a
Grand Villa of St. Petersburg

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 9, 2016, I served the foregoing by electronic

mail and U.S. Mail upon:

W. John Gadd, Esq.
Bank of America Building
2727 Ulmerton Road, Suite 250
Clearwater, FL  33762
Email:  wjg@mazgadd.com
Attorneys for Plaintiff
and

Kyle Lee, Esq.
Lee Law, PLLC
P.O. Box 4476
Brandon, FL 33509
Email: kylejameslee@yahoo.com
Attorneys for Plaintiff

_____
Attorney

WSACTIVELLP:8725992.1

2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HORGLINE GREEN, on her own
behalf and others similarly situated,

     Plaintiff,

v.                                                                       Case No. 8:15-cv-01973-JSM-MAP

GRAND VILLA of a St. Petersburg,

     Defendant.

_____/

## DEFENDANT'S RULE 68 OFFER OF JUDGMENT TO PLAINTIFF CHALVESE MAYS

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant GV St. Pete, LLC[1] ("GV St. Pete"), hereby offers to allow judgment to be taken against it and in favor of **Plaintiff Chalvese Mays** ("Plaintiff") in the total amount of Eight Hundred Nine Dollars and Two Cents (**$809.02**) to represent alleged unpaid wages, overtime, liquidated damages, and other damages, plus a reasonable amount of attorneys' fees and costs incurred to date by the Plaintiff to be determined by the Court.  This offer of judgment is made for the purposes specified in Rule 68, and is not to be construed either as an admission that GV St. Pete is liable to Plaintiff in this action, or that Plaintiff has suffered any damage.

This offer of judgment, whether accepted or rejected, is not to be admissible as evidence of liability in any proceeding.

**Pursuant to Federal Rule of Civil Procedure 68, to accept this offer of judgment Plaintiff must serve written notice of acceptance within 14 days.  Otherwise, this offer of judgment will be withdrawn.**

_____

[1] Plaintiff misidentifies the defendant in the case caption as Grand Villa of a St. Petersburg.

1

Respectfully submitted this 9th day of September, 2016:

By:  _(signature)_

Tracey K. Jaensch
Florida Bar No. 907057
tjaensch@fordharrison.com
Ashwin R. Trehan
Florida Bar No. 0042675
atrehan@fordharrison.com

**FORDHARRISON LLP**
101 E. Kennedy Boulevard, Suite 900
Tampa, Florida 33602-5133
Telephone: (813) 261-7800
Facsimile: (813) 261-7899

Attorneys for Defendant GV St. Pete, LLC d/b/a
Grand Villa of St. Petersburg

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 9, 2016, I served the foregoing by electronic

mail and U.S. Mail upon:

W. John Gadd, Esq.
Bank of America Building
2727 Ulmerton Road, Suite 250
Clearwater, FL 33762
Email: wjg@mazgadd.com
Attorneys for Plaintiff
and

Kyle Lee, Esq.
Lee Law, PLLC
P.O. Box 4476
Brandon, FL 33509
Email: kylejameslee@yahoo.com
Attorneys for Plaintiff

_(signature)_

Attorney

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

HORGLINE GREEN, on her own
behalf and others similarly situated,

      Plaintiff,

v.                             Case No. 8:15-cv-01973-JSM-MAP

GRAND VILLA of a St. Petersburg,

      Defendant.

_____/

## DEFENDANT'S RULE 68 OFFER OF JUDGMENT TO PLAINTIFF YOLANDA MOORE

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant GV St. Pete, LLC[1] ("GV St. Pete"), hereby offers to allow judgment to be taken against it and in favor of **Plaintiff Yolanda Moore** ("Plaintiff") in the total amount of One Hundred Ninety Dollars and Thirteen Cents (**$190.13**) to represent alleged unpaid wages, overtime, liquidated damages, and other damages, plus a reasonable amount of attorneys' fees and costs incurred to date by the Plaintiff to be determined by the Court. This offer of judgment is made for the purposes specified in Rule 68, and is not to be construed either as an admission that GV St. Pete is liable to Plaintiff in this action, or that Plaintiff has suffered any damage.

This offer of judgment, whether accepted or rejected, is not to be admissible as evidence of liability in any proceeding.

**Pursuant to Federal Rule of Civil Procedure 68, to accept this offer of judgment Plaintiff must serve written notice of acceptance within 14 days. Otherwise, this offer of judgment will be withdrawn.**

---

[1] Plaintiff misidentifies the defendant in the case caption as Grand Villa of a St. Petersburg.

1

Respectfully submitted this 9th day of September, 2016:

By: _____

Tracey K. Jaensch
Florida Bar No. 907057
tjaensch@fordharrison.com
Ashwin R. Trehan
Florida Bar No. 0042675
atrehan@fordharrison.com

**FORDHARRISON LLP**
101 E. Kennedy Boulevard, Suite 900
Tampa, Florida  33602-5133
Telephone:  (813) 261-7800
Facsimile:  (813) 261-7899

Attorneys for Defendant GV St. Pete, LLC d/b/a
Grand Villa of St. Petersburg

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 9, 2016, I served the foregoing by electronic

mail and U.S. Mail upon:

W. John Gadd, Esq.
Bank of America Building
2727 Ulmerton Road, Suite 250
Clearwater, FL  33762
Email:  wjg@mazgadd.com
Attorneys for Plaintiff
and

Kyle Lee, Esq.
Lee Law, PLLC
P.O. Box 4476
Brandon, FL 33509
Email: kylejameslee@yahoo.com
Attorneys for Plaintiff

_____
Attorney

WSACTIVELLP:8725999.1

2

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

HORGLINE GREEN, on her own
behalf and others similarly situated,

      Plaintiff,

v.                          Case No. 8:15-cv-01973-JSM-MAP

GRAND VILLA of a St. Petersburg,

      Defendant.

_____/

**DEFENDANT'S RULE 68 OFFER OF JUDGMENT TO**
**PLAINTIFF KEVIN MORIN**

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant GV St. Pete,

LLC[1] ("GV St. Pete"), hereby offers to allow judgment to be taken against it and in favor of

**Plaintiff Kevin Morin** ("Plaintiff") in the total amount of One Thousand Three Hundred Thirty-

Nine Dollars and Thirty-Two Cents **($1,339.32)** to represent alleged unpaid wages, overtime,

liquidated damages, and other damages, plus a reasonable amount of attorneys' fees and costs

incurred to date by the Plaintiff to be determined by the Court.  This offer of judgment is made

for the purposes specified in Rule 68, and is not to be construed either as an admission that GV

St. Pete is liable to Plaintiff in this action, or that Plaintiff has suffered any damage.

This offer of judgment, whether accepted or rejected, is not to be admissible as evidence

of liability in any proceeding.

**Pursuant to Federal Rule of Civil Procedure 68, to accept this offer of judgment**

**Plaintiff must serve written notice of acceptance within 14 days.  Otherwise, this offer of**

**judgment will be withdrawn.**

---

[1] Plaintiff misidentifies the defendant in the case caption as Grand Villa of a St. Petersburg.

1

Respectfully submitted this 9th day of September, 2016:

By: _____

Tracey K. Jaensch
Florida Bar No. 907057
tjaensch@fordharrison.com
Ashwin R. Trehan
Florida Bar No. 0042675
atrehan@fordharrison.com

**FORDHARRISON LLP**
101 E. Kennedy Boulevard, Suite 900
Tampa, Florida 33602-5133
Telephone: (813) 261-7800
Facsimile: (813) 261-7899

Attorneys for Defendant GV St. Pete, LLC d/b/a
Grand Villa of St. Petersburg

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 9, 2016, I served the foregoing by electronic mail and U.S. Mail upon:

W. John Gadd, Esq.
Bank of America Building
2727 Ulmerton Road, Suite 250
Clearwater, FL 33762
Email: wjg@mazgadd.com
Attorneys for Plaintiff
and

Kyle Lee, Esq.
Lee Law, PLLC
P.O. Box 4476
Brandon, FL 33509
Email: kylejameslee@yahoo.com
Attorneys for Plaintiff

_____
Attorney

WSACTIVELLP:8726003.1

2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HORGLINE GREEN, on her own
behalf and others similarly situated,

      Plaintiff,

v.                       Case No. 8:15-cv-01973-JSM-MAP

GRAND VILLA of a St. Petersburg,

      Defendant.

_____/

## ~~DEFENDANT'S RULE 68~~ OFFER OF JUDGMENT TO PLAINTIFF KEVIN MORIN

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant GV St. Pete, LLC[1] ("GV St. Pete"), hereby offers to allow judgment to be taken against it and in favor of **Plaintiff Kevin Morin** ("Plaintiff") in the total amount of One Thousand Three Hundred Thirty-Nine Dollars and Thirty-Two Cents **($1,339.32)** to represent alleged unpaid wages, overtime, liquidated damages, and other damages, plus a reasonable amount of attorneys' fees and costs incurred to date by the Plaintiff to be determined by the Court. This offer of judgment is made for the purposes specified in Rule 68, and is not to be construed either as an admission that GV St. Pete is liable to Plaintiff in this action, or that Plaintiff has suffered any damage.

This offer of judgment, whether accepted or rejected, is not to be admissible as evidence of liability in any proceeding.

**Pursuant to Federal Rule of Civil Procedure 68, to accept this offer of judgment Plaintiff must serve written notice of acceptance within 14 days. Otherwise, this offer of judgment will be withdrawn.**

_Kevin D. Morin_

_____

[1] Plaintiff misidentifies the defendant in the case caption as Grand Villa of a St. Petersburg.

1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HORGLINE GREEN, on her own
behalf and others similarly situated,

      Plaintiff,

v.                          Case No. 8:15-cv-01973-JSM-MAP

GRAND VILLA of a St. Petersburg,

      Defendant.

_____/

## DEFENDANT'S RULE 68 OFFER OF JUDGMENT TO PLAINTIFF JANAI MYRICK

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant GV St. Pete, LLC[1] ("GV St. Pete"), hereby offers to allow judgment to be taken against it and in favor of **Plaintiff Janai Myrick** ("Plaintiff") in the total amount of Seven Hundred Seventy-Six Dollars and Seventy-One Cents **($776.71)** to represent alleged unpaid wages, overtime, liquidated damages, and other damages, plus a reasonable amount of attorneys' fees and costs incurred to date by the Plaintiff to be determined by the Court. This offer of judgment is made for the purposes specified in Rule 68, and is not to be construed either as an admission that GV St. Pete is liable to Plaintiff in this action, or that Plaintiff has suffered any damage.

This offer of judgment, whether accepted or rejected, is not to be admissible as evidence of liability in any proceeding.

**Pursuant to Federal Rule of Civil Procedure 68, to accept this offer of judgment Plaintiff must serve written notice of acceptance within 14 days. Otherwise, this offer of judgment will be withdrawn.**

---

[1] Plaintiff misidentifies the defendant in the case caption as Grand Villa of a St. Petersburg.

1

Respectfully submitted this 9th day of September, 2016:

By: _____
Tracey K. Jaensch
Florida Bar No. 907057
tjaensch@fordharrison.com
Ashwin R. Trehan
Florida Bar No. 0042675
atrehan@fordharrison.com

**FORDHARRISON LLP**
101 E. Kennedy Boulevard, Suite 900
Tampa, Florida 33602-5133
Telephone: (813) 261-7800
Facsimile: (813) 261-7899

Attorneys for Defendant GV St. Pete, LLC d/b/a
Grand Villa of St. Petersburg

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 9, 2016, I served the foregoing by electronic mail and U.S. Mail upon:

W. John Gadd, Esq.
Bank of America Building
2727 Ulmerton Road, Suite 250
Clearwater, FL 33762
Email: wjg@mazgadd.com
Attorneys for Plaintiff
and

Kyle Lee, Esq.
Lee Law, PLLC
P.O. Box 4476
Brandon, FL 33509
Email: kylejameslee@yahoo.com
Attorneys for Plaintiff

_____
Attorney

WSACTIVELLP:8726005.1

2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HORGLINE GREEN, on her own
behalf and others similarly situated,

     Plaintiff,

v.                            Case No. 8:15-cv-01973-JSM-MAP

GRAND VILLA of a St. Petersburg,

     Defendant.
_____/

## DEFENDANT'S RULE 68 OFFER OF JUDGMENT TO PLAINTIFF JANAI MYRICK

     Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant GV St. Pete,

LLC[1] ("GV St. Pete"), hereby offers to allow judgment to be taken against it and in favor of

**Plaintiff Janai Myrick ("Plaintiff")** in the total amount of Seven Hundred Seventy-Six Dollars

and Seventy-One Cents (**$776.71**) to represent alleged unpaid wages, overtime, liquidated

damages, and other damages, plus a reasonable amount of attorneys' fees and costs incurred to

date by the Plaintiff to be determined by the Court.  This offer of judgment is made for the

purposes specified in Rule 68, and is not to be construed either as an admission that GV St. Pete

is liable to Plaintiff in this action, or that Plaintiff has suffered any damage.

     This offer of judgment, whether accepted or rejected, is not to be admissible as evidence

of liability in any proceeding.

     **Pursuant to Federal Rule of Civil Procedure 68, to accept this offer of judgment**

**Plaintiff must serve written notice of acceptance within 14 days.  Otherwise, this offer of**

**judgment will be withdrawn.**

_Janai Myrick._

---

[1] Plaintiff misidentifies the defendant in the case caption as Grand Villa of a St. Petersburg.

1

Respectfully submitted this 9th day of September, 2016:

By: _Asl. R. JL_

Tracey K. Jaensch
Florida Bar No. 907057
tjaensch@fordharrison.com
Ashwin R. Trehan
Florida Bar No. 0042675
atrehan@fordharrison.com

**FORDHARRISON LLP**
101 E. Kennedy Boulevard, Suite 900
Tampa, Florida 33602-5133
Telephone:  (813) 261-7800
Facsimile:  (813) 261-7899

Attorneys for Defendant GV St. Pete, LLC d/b/a
Grand Villa of St. Petersburg

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 9, 2016, I served the foregoing by electronic

mail and U.S. Mail upon:

W. John Gadd, Esq.
Bank of America Building
2727 Ulmerton Road, Suite 250
Clearwater, FL  33762
Email:  wjg@mazgadd.com
Attorneys for Plaintiff
and

Kyle Lee, Esq.
Lee Law, PLLC
P.O. Box 4476
Brandon, FL 33509
Email: kylejameslee@yahoo.com
Attorneys for Plaintiff

_Asl. R. JL_
Attorney

WSACTIVELLP:8726005.1

2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HORGLINE GREEN, on her own
behalf and others similarly situated,

     Plaintiff,

v.                             Case No. 8:15-cv-01973-JSM-MAP

GRAND VILLA of a St. Petersburg,

     Defendant.a
_____/

**DEFENDANT'S RULE 68 OFFER OF JUDGMENT TO
PLAINTIFF TABYE NEWTON**

     Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant GV St. Pete,

LLC[1] ("GV St. Pete"), hereby offers to allow judgment to be taken against it and in favor of

**Plaintiff Tabye Newton** ("Plaintiff") in the total amount of One Thousand One Hundred Twenty

Dollars and Six Cents **($1,120.06)** to represent alleged unpaid wages, overtime, liquidated

damages, and other damages, plus a reasonable amount of attorneys' fees and costs incurred to

date by the Plaintiff to be determined by the Court.  This offer of judgment is made for the

purposes specified in Rule 68, and is not to be construed either as an admission that GV St. Pete

is liable to Plaintiff in this action, or that Plaintiff has suffered any damage.

     This offer of judgment, whether accepted or rejected, is not to be admissible as evidence

of liability in any proceeding.

     **Pursuant to Federal Rule of Civil Procedure 68, to accept this offer of judgment**

**Plaintiff must serve written notice of acceptance within 14 days.  Otherwise, this offer of**

**judgment will be withdrawn.**

_____

[1] Plaintiff misidentifies the defendant in the case caption as Grand Villa of a St. Petersburg.

1

Respectfully submitted this 9th day of September, 2016:

By: _____

Tracey K. Jaensch
Florida Bar No. 907057
tjaensch@fordharrison.com
Ashwin R. Trehan
Florida Bar No. 0042675
atrehan@fordharrison.com

**FORDHARRISON LLP**
101 E. Kennedy Boulevard, Suite 900
Tampa, Florida  33602-5133
Telephone:  (813) 261-7800
Facsimile:  (813) 261-7899

Attorneys for Defendant GV St. Pete, LLC d/b/a
Grand Villa of St. Petersburg

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 9, 2016, I served the foregoing by electronic mail and U.S. Mail upon:

W. John Gadd, Esq.
Bank of America Building
2727 Ulmerton Road, Suite 250
Clearwater, FL  33762
Email:  wjg@mazgadd.com
Attorneys for Plaintiff
and

Kyle Lee, Esq.
Lee Law, PLLC
P.O. Box 4476
Brandon, FL 33509
Email: kylejameslee@yahoo.com
Attorneys for Plaintiff

_____
Attorney

WSACTIVELLP:8726011.1

2

10/04/2016   14:05   7272090373

PAGE  02

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HORGLINE GREEN, on her own
behalf and others similarly situated,

Plaintiff,

v.

Case No. 8:15-cv-01973-JSM-MAP

GRAND VILLA of a St. Petersburg,

Defendant.a
_____/

## DEFENDANT'S RULE 68 OFFER OF JUDGMENT TO
## PLAINTIFF TABYE NEWTON

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant GV St. Pete,

LLC[1] ("GV St. Pete"), hereby offers to allow judgment to be taken against it and in favor of

**Plaintiff Tabye Newton** ("Plaintiff") in the total amount of One Thousand One Hundred Twenty

Dollars and Six Cents (**$1,120.06**) to represent alleged unpaid wages, overtime, liquidated

damages, and other damages, plus a reasonable amount of attorneys' fees and costs incurred to

date by the Plaintiff to be determined by the Court.  This offer of judgment is made for the

purposes specified in Rule 68, and is not to be construed either as an admission that GV St. Pete

is liable to Plaintiff in this action, or that Plaintiff has suffered any damage.

This offer of judgment, whether accepted or rejected, is not to be admissible as evidence

of liability in any proceeding.

**Pursuant to Federal Rule of Civil Procedure 68, to accept this offer of judgment**

**Plaintiff must serve written notice of acceptance within 14 days.  Otherwise, this offer of**

**judgment will be withdrawn.**

_____

[1] Plaintiff misidentifies the defendant in the case caption as Grand Villa of a St. Petersburg.

1

Respectfully submitted this 9th day of September, 2016:

By: _____

Tracey K. Jaensch
Florida Bar No. 907057
tjaensch@fordharrison.com
Ashwin R. Trehan
Florida Bar No. 0042675
atrehan@fordharrison.com

**FORDHARRISON LLP**
101 E. Kennedy Boulevard, Suite 900
Tampa, Florida 33602-5133
Telephone: (813) 261-7800
Facsimile: (813) 261-7899

Attorneys for Defendant GV St. Pete, LLC d/b/a
Grand Villa of St. Petersburg

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 9, 2016, I served the foregoing by electronic

mail and U.S. Mail upon:

W. John Gadd, Esq.
Bank of America Building
2727 Ulmerton Road, Suite 250
Clearwater, FL 33762
Email: wjg@mazgadd.com
Attorneys for Plaintiff
and

Kyle Lee, Esq.
Lee Law, PLLC
P.O. Box 4476
Brandon, FL 33509
Email: kylejameslee@yahoo.com
Attorneys for Plaintiff

_____
Attorney

WSACTIVELLP 8726011.1

2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HORGLINE GREEN, on her own
behalf and others similarly situated,

     Plaintiff,

v.                         Case No. 8:15-cv-01973-JSM-MAP

GRAND VILLA of a St. Petersburg,

     Defendant.

_____/

## DEFENDANT'S RULE 68 OFFER OF JUDGMENT TO PLAINTIFF CHRISONNA REEDY

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant GV St. Pete, LLC[1] ("GV St. Pete"), hereby offers to allow judgment to be taken against it and in favor of **Plaintiff Chrisonna Reedy** ("Plaintiff") in the total amount of Three Hundred Ninety-Three Dollars and Forty-Six Cents (**$393.46**) to represent alleged unpaid wages, overtime, liquidated damages, and other damages, plus a reasonable amount of attorneys' fees and costs incurred to date by the Plaintiff to be determined by the Court.  This offer of judgment is made for the purposes specified in Rule 68, and is not to be construed either as an admission that GV St. Pete is liable to Plaintiff in this action, or that Plaintiff has suffered any damage.

This offer of judgment, whether accepted or rejected, is not to be admissible as evidence of liability in any proceeding.

**Pursuant to Federal Rule of Civil Procedure 68, to accept this offer of judgment Plaintiff must serve written notice of acceptance within 14 days.  Otherwise, this offer of judgment will be withdrawn.**

---

[1] Plaintiff misidentifies the defendant in the case caption as Grand Villa of a St. Petersburg.

Respectfully submitted this 13th day of October, 2016:

By: _____

Tracey K. Jaensch
Florida Bar No. 907057
tjaensch@fordharrison.com
Ashwin R. Trehan
Florida Bar No. 0042675
atrehan@fordharrison.com

**FORDHARRISON LLP**
101 E. Kennedy Boulevard, Suite 900
Tampa, Florida 33602-5133
Telephone:  (813) 261-7800
Facsimile:  (813) 261-7899

Attorneys for Defendant GV St. Pete, LLC d/b/a
Grand Villa of St. Petersburg

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 13, 2016, I served the foregoing by electronic mail

and U.S. Mail upon:

W. John Gadd, Esq.
Bank of America Building
2727 Ulmerton Road, Suite 250
Clearwater, FL  33762
Email:  wjg@mazgadd.com

and

Kyle Lee, Esq.
Lee Law, PLLC
P.O. Box 4476
Brandon, FL 33509
Email: Kyle@KyleLeeLaw.com
Info@KyleLeeLaw.com
Attorneys for Plaintiff

_____
Attorney

WSACTIVELLP.8787757.1

2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HORGLINE GREEN, on her own
behalf and others similarly situated,

      Plaintiff,

v.                            Case No. 8:15-cv-01973-JSM-MAP

GRAND VILLA of a St. Petersburg,

      Defendant.

_____/

## DEFENDANT'S RULE 68 OFFER OF JUDGMENT TO PLAINTIFF CHRISONNA REEDY

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant GV St. Pete, LLC[1] ("GV St. Pete"), hereby offers to allow judgment to be taken against it and in favor of **Plaintiff Chrisonna Reedy** ("Plaintiff") in the total amount of Three Hundred Ninety-Three Dollars and Forty-Six Cents (**$393.46**) to represent alleged unpaid wages, overtime, liquidated damages, and other damages, plus a reasonable amount of attorneys' fees and costs incurred to date by the Plaintiff to be determined by the Court.  This offer of judgment is made for the purposes specified in Rule 68, and is not to be construed either as an admission that GV St. Pete is liable to Plaintiff in this action, or that Plaintiff has suffered any damage.

This offer of judgment, whether accepted or rejected, is not to be admissible as evidence of liability in any proceeding.

**Pursuant to Federal Rule of Civil Procedure 68, to accept this offer of judgment Plaintiff must serve written notice of acceptance within 14 days.  Otherwise, this offer of judgment will be withdrawn.**

[1] Plaintiff misidentifies the defendant in the case caption as Grand Villa of a St. Petersburg.

Respectfully submitted this 13th day of October, 2016:

By: _____

Tracey K. Jaensch
Florida Bar No. 907057
tjaensch@fordharrison.com
Ashwin R. Trehan
Florida Bar No. 0042675
atrehan@fordharrison.com

**FORDHARRISON LLP**
101 E. Kennedy Boulevard, Suite 900
Tampa, Florida 33602-5133
Telephone:  (813) 261-7800
Facsimile:  (813) 261-7899

Attorneys for Defendant GV St. Pete, LLC d/b/a
Grand Villa of St. Petersburg

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 13, 2016, I served the foregoing by electronic mail

and U.S. Mail upon:

W. John Gadd, Esq.
Bank of America Building
2727 Ulmerton Road, Suite 250
Clearwater, FL  33762
Email:  wjg@mazgadd.com

and

Kyle Lee, Esq.
Lee Law, PLLC
P.O. Box 4476
Brandon, FL 33509
Email: Kyle@KyleLeeLaw.com
Info@KyleLeeLaw.com
Attorneys for Plaintiff

_____
Attorney

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

HORGLINE GREEN, on her own
behalf and others similarly situated,

     Plaintiff,

v.                               Case No. 8:15-cv-01973-JSM-MAP

GRAND VILLA of a St. Petersburg,

     Defendant.

_____/

**DEFENDANT'S RULE 68 OFFER OF JUDGMENT TO**
**PLAINTIFF ALEXA ROHLSEN**

     Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant GV St. Pete,

LLC[1] ("GV St. Pete"), hereby offers to allow judgment to be taken against it and in favor of

**Plaintiff Alexa Rohlsen** ("Plaintiff") in the total amount of One Hundred Six Dollars and

Eighty-Four Cents **($106.84)** to represent alleged unpaid wages, overtime, liquidated damages,

and other damages, plus a reasonable amount of attorneys' fees and costs incurred to date by the

Plaintiff to be determined by the Court.  This offer of judgment is made for the purposes

specified in Rule 68, and is not to be construed either as an admission that GV St. Pete is liable

to Plaintiff in this action, or that Plaintiff has suffered any damage.

     This offer of judgment, whether accepted or rejected, is not to be admissible as evidence

of liability in any proceeding.

     **Pursuant to Federal Rule of Civil Procedure 68, to accept this offer of judgment**

**Plaintiff must serve written notice of acceptance within 14 days.  Otherwise, this offer of**

**judgment will be withdrawn.**

_____

[1] Plaintiff misidentifies the defendant in the case caption as Grand Villa of a St. Petersburg.

Respectfully submitted this 13th day of October, 2016:

By: _____

Tracey K. Jaensch
Florida Bar No. 907057
tjaensch@fordharrison.com
Ashwin R. Trehan
Florida Bar No. 0042675
atrehan@fordharrison.com

**FORDHARRISON LLP**
101 E. Kennedy Boulevard, Suite 900
Tampa, Florida  33602-5133
Telephone:  (813) 261-7800
Facsimile:  (813) 261-7899

Attorneys for Defendant GV St. Pete, LLC d/b/a
Grand Villa of St. Petersburg

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 13, 2016, I served the foregoing by electronic mail

and U.S. Mail upon:

W. John Gadd, Esq.
Bank of America Building
2727 Ulmerton Road, Suite 250
Clearwater, FL  33762
Email:  wjg@mazgadd.com

and

Kyle Lee, Esq.
Lee Law, PLLC
P.O. Box 4476
Brandon, FL 33509
Email: Kyle@KyleLeeLaw.com
Info@KyleLeeLaw.com
Attorneys for Plaintiff

_____
Attorney

2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HORGLINE GREEN, on her own
behalf and others similarly situated,

     Plaintiff,

v.                        Case No. 8:15-cv-01973-JSM-MAP

GRAND VILLA of a St. Petersburg,

     Defendant,

_____/

## DEFENDANT'S RULE 68 OFFER OF JUDGMENT TO PLAINTIFF ALEXA ROHLSEN

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant GV St. Pete,

LLC[1] ("GV St. Pete"), hereby offers to allow judgment to be taken against it and in favor of

Plaintiff Alexa Rohlsen ("Plaintiff") in the total amount of One Hundred Six Dollars and

Eighty-Four Cents ($106.84) to represent alleged unpaid wages, overtime, liquidated damages,

and other damages, plus a reasonable amount of attorneys' fees and costs incurred to date by the

Plaintiff to be determined by the Court. This offer of judgment is made for the purposes

specified in Rule 68, and is not to be construed either as an admission that GV St. Pete is liable

to Plaintiff in this action, or that Plaintiff has suffered any damage.

This offer of judgment, whether accepted or rejected, is not to be admissible as evidence

of liability in any proceeding.

Pursuant to Federal Rule of Civil Procedure 68, to accept this offer of judgment

Plaintiff must serve written notice of acceptance within 14 days. Otherwise, this offer of

judgment will be withdrawn.

[signature]

[1] Plaintiff misidentifies the defendant in the case caption as Grand Villa of a St. Petersburg.

Respectfully submitted this 13th day of October, 2016:

By: _____
Tracey K. Jaensch
Florida Bar No. 907057
tjaensch@fordharrison.com
Ashwin R. Trehan
Florida Bar No. 0042675
atrehan@fordharrison.com

**FORDHARRISON LLP**
101 E. Kennedy Boulevard, Suite 900
Tampa, Florida 33602-5133
Telephone: (813) 261-7800
Facsimile: (813) 261-7899

Attorneys for Defendant GV St. Pete, LLC d/b/a
Grand Villa of St. Petersburg

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 13, 2016, I served the foregoing by electronic mail

and U.S. Mail upon:

W. John Gadd, Esq.
Bank of America Building
2727 Ulmerton Road, Suite 250
Clearwater, FL 33762
Email: wjg@mazgadd.com

and

Kyle Lee, Esq.
Lee Law, PLLC
P.O. Box 4476
Brandon, FL 33509
Email: Kyle@KyleLeeLaw.com
Info@KyleLeeLaw.com
Attorneys for Plaintiff

_____
**Attorney**

WSACTIVELLP.8787819.1

2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HORGLINE GREEN, on her own
behalf and others similarly situated,

     Plaintiff,

v.                            Case No. 8:15-cv-01973-JSM-MAP

GRAND VILLA of a St. Petersburg,

     Defendant.

_____/

## DEFENDANT'S RULE 68 OFFER OF JUDGMENT TO PLAINTIFF TINA SALTER

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant GV St. Pete, LLC[1] ("GV St. Pete"), hereby offers to allow judgment to be taken against it and in favor of **Plaintiff Tina Salter** ("Plaintiff") in the total amount of One Thousand Fifty-Four Dollars and Twenty Cents **($1,054.20)** to represent alleged unpaid wages, overtime, liquidated damages, and other damages, plus a reasonable amount of attorneys' fees and costs incurred to date by the Plaintiff to be determined by the Court.  This offer of judgment is made for the purposes specified in Rule 68, and is not to be construed either as an admission that GV St. Pete is liable to Plaintiff in this action, or that Plaintiff has suffered any damage.

This offer of judgment, whether accepted or rejected, is not to be admissible as evidence of liability in any proceeding.

**Pursuant to Federal Rule of Civil Procedure 68, to accept this offer of judgment Plaintiff must serve written notice of acceptance within 14 days.  Otherwise, this offer of judgment will be withdrawn.**

---

[1] Plaintiff misidentifies the defendant in the case caption as Grand Villa of a St. Petersburg.

1

Respectfully submitted this 9th day of September, 2016:

By: _____

Tracey K. Jaensch
Florida Bar No. 907057
tjaensch@fordharrison.com
Ashwin R. Trehan
Florida Bar No. 0042675
atrehan@fordharrison.com

**FORDHARRISON LLP**
101 E. Kennedy Boulevard, Suite 900
Tampa, Florida  33602-5133
Telephone:  (813) 261-7800
Facsimile:  (813) 261-7899

Attorneys for Defendant GV St. Pete, LLC d/b/a
Grand Villa of St. Petersburg

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 9, 2016, I served the foregoing by electronic

mail and U.S. Mail upon:

W. John Gadd, Esq.
Bank of America Building
2727 Ulmerton Road, Suite 250
Clearwater, FL  33762
Email:  wjg@mazgadd.com
Attorneys for Plaintiff

and

Kyle Lee, Esq.
Lee Law, PLLC
P.O. Box 4476
Brandon, FL 33509
Email: kylejameslee@yahoo.com
Attorneys for Plaintiff

_____
Attorney

WSACTIVELLP:8726024.1

2

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

HORGLINE GREEN, on her own
behalf and others similarly situated,

     Plaintiff,

v.                                 Case No. 8:15-cv-01973-JSM-MAP

GRAND VILLA of a St. Petersburg,

     Defendant.

_____/

## DEFENDANT'S RULE 68 OFFER OF JUDGMENT TO PLAINTIFF TINA SALTER

     Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant GV St. Pete, LLC[1] ("GV St. Pete"), hereby offers to allow judgment to be taken against it and in favor of **Plaintiff Tina Salter** ("Plaintiff") in the total amount of One Thousand Fifty-Four Dollars and Twenty Cents (**$1,054.20**) to represent alleged unpaid wages, overtime, liquidated damages, and other damages, plus a reasonable amount of attorneys' fees and costs incurred to date by the Plaintiff to be determined by the Court.  This offer of judgment is made for the purposes specified in Rule 68, and is not to be construed either as an admission that GV St. Pete is liable to Plaintiff in this action, or that Plaintiff has suffered any damage.

     This offer of judgment, whether accepted or rejected, is not to be admissible as evidence of liability in any proceeding.

     **Pursuant to Federal Rule of Civil Procedure 68, to accept this offer of judgment Plaintiff must serve written notice of acceptance within 14 days.  Otherwise, this offer of judgment will be withdrawn.**

---

[1] Plaintiff misidentifies the defendant in the case caption as Grand Villa of a St. Petersburg.

1

Respectfully submitted this 9th day of September, 2016:

By: _____

Tracey K. Jaensch
Florida Bar No. 907057
tjaensch@fordharrison.com
Ashwin R. Trehan
Florida Bar No. 0042675
atrehan@fordharrison.com

**FORDHARRISON LLP**
101 E. Kennedy Boulevard, Suite 900
Tampa, Florida  33602-5133
Telephone:  (813) 261-7800
Facsimile:  (813) 261-7899

Attorneys for Defendant GV St. Pete, LLC d/b/a
Grand Villa of St. Petersburg

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 9, 2016, I served the foregoing by electronic

mail and U.S. Mail upon:

W. John Gadd, Esq.
Bank of America Building
2727 Ulmerton Road, Suite 250
Clearwater, FL  33762
Email:  wjg@mazgadd.com
Attorneys for Plaintiff

and

Kyle Lee, Esq.
Lee Law, PLLC
P.O. Box 4476
Brandon, FL 33509
Email: kylejameslee@yahoo.com
Attorneys for Plaintiff

_____
Attorney

WSACTIVELLP:8726024.1

2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HORGLINE GREEN, on her own
behalf and others similarly situated,

      Plaintiff,

v.                                Case No. 8:15-cv-01973-JSM-MAP

GRAND VILLA of a St. Petersburg,

      Defendant.

_____/

## DEFENDANT'S RULE 68 OFFER OF JUDGMENT TO PLAINTIFF CORNELIUS SMITH

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant GV St. Pete, LLC[1] ("GV St. Pete"), hereby offers to allow judgment to be taken against it and in favor of **Plaintiff Cornelius Smith** ("Plaintiff") in the total amount of Two Thousand One Hundred Forty-Two Dollars and Twenty-One Cents (**$2,142.21**) to represent alleged unpaid wages, overtime, liquidated damages, and other damages, plus a reasonable amount of attorneys' fees and costs incurred to date by the Plaintiff to be determined by the Court.  This offer of judgment is made for the purposes specified in Rule 68, and is not to be construed either as an admission that GV St. Pete is liable to Plaintiff in this action, or that Plaintiff has suffered any damage.

This offer of judgment, whether accepted or rejected, is not to be admissible as evidence of liability in any proceeding.

**Pursuant to Federal Rule of Civil Procedure 68, to accept this offer of judgment Plaintiff must serve written notice of acceptance within 14 days.  Otherwise, this offer of judgment will be withdrawn.**

---

[1] Plaintiff misidentifies the defendant in the case caption as Grand Villa of a St. Petersburg.

1

Respectfully submitted this 9th day of September, 2016:

By: _Ashwin R. Trehan_

Tracey K. Jaensch
Florida Bar No. 907057
tjaensch@fordharrison.com
Ashwin R. Trehan
Florida Bar No. 0042675
atrehan@fordharrison.com

**FORDHARRISON LLP**
101 E. Kennedy Boulevard, Suite 900
Tampa, Florida 33602-5133
Telephone: (813) 261-7800
Facsimile: (813) 261-7899

Attorneys for Defendant GV St. Pete, LLC d/b/a
Grand Villa of St. Petersburg

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 9, 2016, I served the foregoing by electronic

mail and U.S. Mail upon:

W. John Gadd, Esq.
Bank of America Building
2727 Ulmerton Road, Suite 250
Clearwater, FL 33762
Email: wjg@mazgadd.com

and

Kyle Lee, Esq.
Lee Law, PLLC
P.O. Box 4476
Brandon, FL 33509
Email: kylejameslee@yahoo.com
Attorneys for Plaintiff

_Ashwin R. Trehan_
Attorney

WSACTIVELLP:8726028.1

2

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

HORGLINE GREEN, on her own
behalf and others similarly situated,

     Plaintiff,

v.                          Case No. 8:15-cv-01973-JSM-MAP

GRAND VILLA of a St. Petersburg,

     Defendant.

_____/

## DEFENDANT'S RULE 68 OFFER OF JUDGMENT TO PLAINTIFF CORNELIUS SMITH

     Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant GV St. Pete, LLC[1] ("GV St. Pete"), hereby offers to allow judgment to be taken against it and in favor of **Plaintiff Cornelius Smith** ("Plaintiff") in the total amount of Two Thousand One Hundred Forty-Two Dollars and Twenty-One Cents **($2,142.21)** to represent alleged unpaid wages, overtime, liquidated damages, and other damages, plus a reasonable amount of attorneys' fees and costs incurred to date by the Plaintiff to be determined by the Court. This offer of judgment is made for the purposes specified in Rule 68, and is not to be construed either as an admission that GV St. Pete is liable to Plaintiff in this action, or that Plaintiff has suffered any damage.

     This offer of judgment, whether accepted or rejected, is not to be admissible as evidence of liability in any proceeding.

     **Pursuant to Federal Rule of Civil Procedure 68, to accept this offer of judgment Plaintiff must serve written notice of acceptance within 14 days. Otherwise, this offer of** judgment will be withdrawn.

---
[1] Plaintiff misidentifies the defendant in the case caption as Grand Villa of a St. Petersburg.

1

Respectfully submitted this 9th day of September, 2016:

By: _____

Tracey K. Jaensch
Florida Bar No. 907057
tjaensch@fordharrison.com
Ashwin R. Trehan
Florida Bar No. 0042675
atrehan@fordharrison.com

**FORDHARRISON LLP**
101 E. Kennedy Boulevard, Suite 900
Tampa, Florida  33602-5133
Telephone:  (813) 261-7800
Facsimile:  (813) 261-7899

Attorneys for Defendant GV St. Pete, LLC d/b/a
Grand Villa of St. Petersburg

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 9, 2016, I served the foregoing by electronic

mail and U.S. Mail upon:

W. John Gadd, Esq.
Bank of America Building
2727 Ulmerton Road, Suite 250
Clearwater, FL  33762
Email:  wjg@mazgadd.com

and

Kyle Lee, Esq.
Lee Law, PLLC
P.O. Box 4476
Brandon, FL 33509
Email: kylejameslee@yahoo.com
Attorneys for Plaintiff

_____
Attorney

WSACTIVELLP:8726028.1

2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HORGLINE GREEN, on her own
behalf and others similarly situated,

     Plaintiff,

v.                                        Case No. 8:15-cv-01973-JSM-MAP

GRAND VILLA of a St. Petersburg,

     Defendant.

_____/

## DEFENDANT'S RULE 68 OFFER OF JUDGMENT TO PLAINTIFF JASMINE SMITH

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant GV St. Pete, LLC[1] ("GV St. Pete"), hereby offers to allow judgment to be taken against it and in favor of **Plaintiff Jasmine Smith** ("Plaintiff") in the total amount of Five Hundred Twenty Dollars and Forty-One Cents (**$520.41**) to represent alleged unpaid wages, overtime, liquidated damages, and other damages, plus a reasonable amount of attorneys' fees and costs incurred to date by the Plaintiff to be determined by the Court.  This offer of judgment is made for the purposes specified in Rule 68, and is not to be construed either as an admission that GV St. Pete is liable to Plaintiff in this action, or that Plaintiff has suffered any damage.

This offer of judgment, whether accepted or rejected, is not to be admissible as evidence of liability in any proceeding.

**Pursuant to Federal Rule of Civil Procedure 68, to accept this offer of judgment Plaintiff must serve written notice of acceptance within 14 days.  Otherwise, this offer of judgment will be withdrawn.**

_____

[1] Plaintiff misidentifies the defendant in the case caption as Grand Villa of a St. Petersburg.

1

Respectfully submitted this 9th day of September, 2016:

By: _____

Tracey K. Jaensch
Florida Bar No. 907057
tjaensch@fordharrison.com
Ashwin R. Trehan
Florida Bar No. 0042675
atrehan@fordharrison.com

**FORDHARRISON LLP**
101 E. Kennedy Boulevard, Suite 900
Tampa, Florida 33602-5133
Telephone: (813) 261-7800
Facsimile: (813) 261-7899

Attorneys for Defendant GV St. Pete, LLC d/b/a
Grand Villa of St. Petersburg

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 9, 2016, I served the foregoing by electronic

mail and U.S. Mail upon:

W. John Gadd, Esq.
Bank of America Building
2727 Ulmerton Road, Suite 250
Clearwater, FL 33762
Email: wjg@mazgadd.com
Attorneys for Plaintiff
and

Kyle Lee, Esq.
Lee Law, PLLC
P.O. Box 4476
Brandon, FL 33509
Email: kylejameslee@yahoo.com
Attorneys for Plaintiff

_____
Attorney

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HORGLINE GREEN, on her own
behalf and others similarly situated,

     Plaintiff,

v.                                                        Case No. 8:15-cv-01973-JSM-MAP

GRAND VILLA of a St. Petersburg,

     Defendant.

_____/

## DEFENDANT'S RULE 68 OFFER OF JUDGMENT TO PLAINTIFF JASMINE SMITH

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant GV St. Pete, LLC[1] ("GV St. Pete"), hereby offers to allow judgment to be taken against it and in favor of **Plaintiff Jasmine Smith** ("Plaintiff") in the total amount of Five Hundred Twenty Dollars and Forty-One Cents (**$520.41**) to represent alleged unpaid wages, overtime, liquidated damages, and other damages, plus a reasonable amount of attorneys' fees and costs incurred to date by the Plaintiff to be determined by the Court.  This offer of judgment is made for the purposes specified in Rule 68, and is not to be construed either as an admission that GV St. Pete is liable to Plaintiff in this action, or that Plaintiff has suffered any damage.

This offer of judgment, whether accepted or rejected, is not to be admissible as evidence of liability in any proceeding.

**Pursuant to Federal Rule of Civil Procedure 68, to accept this offer of judgment Plaintiff must serve written notice of acceptance within 14 days.  Otherwise, this offer of judgment will be withdrawn.**

_____

[1] Plaintiff misidentifies the defendant in the case caption as Grand Villa of a St. Petersburg.

1

Respectfully submitted this 9th day of September, 2016:

By: _[signature]_

Tracey K. Jaensch
Florida Bar No. 907057
tjaensch@fordharrison.com
Ashwin R. Trehan
Florida Bar No. 0042675
atrehan@fordharrison.com

**FORDHARRISON LLP**
101 E. Kennedy Boulevard, Suite 900
Tampa, Florida 33602-5133
Telephone: (813) 261-7800
Facsimile: (813) 261-7899

Attorneys for Defendant GV St. Pete, LLC d/b/a
Grand Villa of St. Petersburg

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 9, 2016, I served the foregoing by electronic

mail and U.S. Mail upon:

W. John Gadd, Esq.
Bank of America Building
2727 Ulmerton Road, Suite 250
Clearwater, FL 33762
Email: wjg@mazgadd.com
Attorneys for Plaintiff
and

Kyle Lee, Esq.
Lee Law, PLLC
P.O. Box 4476
Brandon, FL 33509
Email: kylejameslee@yahoo.com
Attorneys for Plaintiff

_[signature]_

Attorney

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

HORGLINE GREEN, on her own
behalf and others similarly situated,

      Plaintiff,

v.                              Case No. 8:15-cv-01973-JSM-MAP

GRAND VILLA of a St. Petersburg,

      Defendant.

_____/

## DEFENDANT'S RULE 68 OFFER OF JUDGMENT TO
## PLAINTIFF QUANISHA WALTON

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant GV St. Pete,

LLC[1] ("GV St. Pete"), hereby offers to allow judgment to be taken against it and in favor of

**Plaintiff Quanisha Walton** ("Plaintiff") in the total amount of Eight Hundred Seventy-Three

Dollars and Twenty-Seven Cents **($873.27)** to represent alleged unpaid wages, overtime,

liquidated damages, and other damages, plus a reasonable amount of attorneys' fees and costs

incurred to date by the Plaintiff to be determined by the Court.  This offer of judgment is made

for the purposes specified in Rule 68, and is not to be construed either as an admission that GV

St. Pete is liable to Plaintiff in this action, or that Plaintiff has suffered any damage.

This offer of judgment, whether accepted or rejected, is not to be admissible as evidence

of liability in any proceeding.

**Pursuant to Federal Rule of Civil Procedure 68, to accept this offer of judgment**

**Plaintiff must serve written notice of acceptance within 14 days.  Otherwise, this offer of**

**judgment will be withdrawn.**

---

[1] Plaintiff misidentifies the defendant in the case caption as Grand Villa of a St. Petersburg.

Respectfully submitted this 9th day of September, 2016:

By: _____

Tracey K. Jaensch
Florida Bar No. 907057
tjaensch@fordharrison.com
Ashwin R. Trehan
Florida Bar No. 0042675
atrehan@fordharrison.com

**FORDHARRISON LLP**
101 E. Kennedy Boulevard, Suite 900
Tampa, Florida  33602-5133
Telephone:  (813) 261-7800
Facsimile:  (813) 261-7899

Attorneys for Defendant GV St. Pete, LLC d/b/a
Grand Villa of St. Petersburg

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 9, 2016, I served the foregoing by electronic

mail and U.S. Mail upon:

W. John Gadd, Esq.
Bank of America Building
2727 Ulmerton Road, Suite 250
Clearwater, FL  33762
Email:  wjg@mazgadd.com
Attorneys for Plaintiff

and

Kyle Lee, Esq.
Lee Law, PLLC
P.O. Box 4476
Brandon, FL 33509
Email: kylejameslee@yahoo.com
Attorneys for Plaintiff

_____
Attorney

WSACTIVELLP:8726034.1

2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HORGLINE GREEN, on her own
behalf and others similarly situated,

      Plaintiff,

v.                            Case No. 8:15-cv-01973-JSM-MAP

GRAND VILLA of a St. Petersburg,

      Defendant.

_____/

**DEFENDANT'S RULE 68 OFFER OF JUDGMENT TO
PLAINTIFF QUANISHA WALTON**

      Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant GV St. Pete,

LLC[1] ("GV St. Pete"), hereby offers to allow judgment to be taken against it and in favor of

**Plaintiff Quanisha Walton** ("Plaintiff") in the total amount of Eight Hundred Seventy-Three

Dollars and Twenty-Seven Cents (**$873.27**) to represent alleged unpaid wages, overtime,

liquidated damages, and other damages, plus a reasonable amount of attorneys' fees and costs

incurred to date by the Plaintiff to be determined by the Court.  This offer of judgment is made

for the purposes specified in Rule 68, and is not to be construed either as an admission that GV

St. Pete is liable to Plaintiff in this action, or that Plaintiff has suffered any damage.

      This offer of judgment, whether accepted or rejected, is not to be admissible as evidence

of liability in any proceeding.

      **Pursuant to Federal Rule of Civil Procedure 68, to accept this offer of judgment**

**Plaintiff must serve written notice of acceptance within 14 days.  Otherwise, this offer of**

**judgment will be withdrawn.**

---

[1] Plaintiff misidentifies the defendant in the case caption as Grand Villa of a St. Petersburg.

1

Respectfully submitted this 9th day of September, 2016:

By: _____

Tracey K. Jaensch
Florida Bar No. 907057
tjaensch@fordharrison.com
Ashwin R. Trehan
Florida Bar No. 0042675
atrehan@fordharrison.com

**FORDHARRISON LLP**
101 E. Kennedy Boulevard, Suite 900
Tampa, Florida  33602-5133
Telephone:  (813) 261-7800
Facsimile:  (813) 261-7899

Attorneys for Defendant GV St. Pete, LLC d/b/a
Grand Villa of St. Petersburg

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 9, 2016, I served the foregoing by electronic

mail and U.S. Mail upon:

W. John Gadd, Esq.
Bank of America Building
2727 Ulmerton Road, Suite 250
Clearwater, FL  33762
Email:  wjg@mazgadd.com
Attorneys for Plaintiff

and

Kyle Lee, Esq.
Lee Law, PLLC
P.O. Box 4476
Brandon, FL 33509
Email: kylejameslee@yahoo.com
Attorneys for Plaintiff

_____
Attorney

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HORGLINE GREEN, on her own
behalf and others similarly situated,

      Plaintiff,

v.                        Case No. 8:15-cv-01973-JSM-MAP

GRAND VILLA of a St. Petersburg,

      Defendant.

_____/

## DEFENDANT'S RULE 68 OFFER OF JUDGMENT TO PLAINTIFF LATRICE WELLS

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant GV St. Pete, LLC[1] ("GV St. Pete"), hereby offers to allow judgment to be taken against it and in favor of **Plaintiff Latrice Wells** ("Plaintiff") in the total amount of One Thousand Ninety-Two Dollars and Sixty-Nine Cents (**$1,092.69**) to represent alleged unpaid wages, overtime, liquidated damages, and other damages, plus a reasonable amount of attorneys' fees and costs incurred to date by the Plaintiff to be determined by the Court.  This offer of judgment is made for the purposes specified in Rule 68, and is not to be construed either as an admission that GV St. Pete is liable to Plaintiff in this action, or that Plaintiff has suffered any damage.

This offer of judgment, whether accepted or rejected, is not to be admissible as evidence of liability in any proceeding.

**Pursuant to Federal Rule of Civil Procedure 68, to accept this offer of judgment Plaintiff must serve written notice of acceptance within 14 days.  Otherwise, this offer of judgment will be withdrawn.**

_____

[1] Plaintiff misidentifies the defendant in the case caption as Grand Villa of a St. Petersburg.

1

Respectfully submitted this 9th day of September, 2016:

By: _____

Tracey K. Jaensch
Florida Bar No. 907057
tjaensch@fordharrison.com
Ashwin R. Trehan
Florida Bar No. 0042675
atrehan@fordharrison.com

**FORDHARRISON LLP**
101 E. Kennedy Boulevard, Suite 900
Tampa, Florida  33602-5133
Telephone:  (813) 261-7800
Facsimile:  (813) 261-7899

Attorneys for Defendant GV St. Pete, LLC d/b/a
Grand Villa of St. Petersburg

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 9, 2016, I served the foregoing by electronic

mail and U.S. Mail upon:

W. John Gadd, Esq.
Bank of America Building
2727 Ulmerton Road, Suite 250
Clearwater, FL  33762
Email:  wjg@mazgadd.com
Attorneys for Plaintiff

and

Kyle Lee, Esq.
Lee Law, PLLC
P.O. Box 4476
Brandon, FL 33509
Email: kylejameslee@yahoo.com
Attorneys for Plaintiff

_____
Attorney

WSACTIVELLP:8726042.1

2

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

HORGLINE GREEN, on her own
behalf and others similarly situated,

     Plaintiff,

v.                                              Case No. 8:15-cv-01973-JSM-MAP

GRAND VILLA of a St. Petersburg,

     Defendant. ·

_____/

## DEFENDANT'S RULE 68 OFFER OF JUDGMENT TO PLAINTIFF LATRICE WELLS

     Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant GV St. Pete, LLC[1] ("GV St. Pete"), hereby offers to allow judgment to be taken against it and in favor of **Plaintiff Latrice Wells ("Plaintiff")** in the total amount of One Thousand Ninety-Two Dollars and Sixty-Nine Cents (**$1,092.69**) to represent alleged unpaid wages, overtime, liquidated damages, and other damages, plus a reasonable amount of attorneys' fees and costs incurred to date by the Plaintiff to be determined by the Court.  This offer of judgment is made for the purposes specified in Rule 68, and is not to be construed either as an admission that GV St. Pete is liable to Plaintiff in this action, or that Plaintiff has suffered any damage.

     This offer of judgment, whether accepted or rejected, is not to be admissible as evidence of liability in any proceeding.

     **Pursuant to Federal Rule of Civil Procedure 68, to accept this offer of judgment Plaintiff must serve written notice of acceptance within 14 days.  Otherwise, this offer of judgment will be withdrawn.**

_[1] Plaintiff misidentifies the defendant in the case caption as Grand Villa of a St. Petersburg._

1

Respectfully submitted this 9th day of September, 2016.

By: _____

Tracey K. Jaensch
Florida Bar No. 907057
tjaensch@fordharrison.com
Ashwin R. Trehan
Florida Bar No. 0042675
atrehan@fordharrison.com

**FORDHARRISON LLP**
101 E. Kennedy Boulevard, Suite 900
Tampa, Florida  33602-5133
Telephone:  (813) 261-7800
Facsimile:  (813) 261-7899

Attorneys for Defendant GV St. Pete, LLC d/b/a
Grand Villa of St. Petersburg

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 9, 2016, I served the foregoing by electronic

mail and U.S. Mail upon:

W. John Gadd, Esq.
Bank of America Building
2727 Ulmerton Road, Suite 250
Clearwater, FL  33762
Email:  wjg@mazgadd.com
Attorneys for Plaintiff

and

Kyle Lee, Esq.
Lee Law, PLLC
P.O. Box 4476
Brandon, FL 33509
Email: kylejameslee@yahoo.com
Attorneys for Plaintiff

_____
Attorney

WSACTIVELLP:8726024.1

2